

# United States District Court
# Northern District of Illinois

In the Matter of

Skycoin Global Foundation Limited, et al

v.

Stephens, et al

District Judge Sara L. Ellis

Case No. 22-CV-708

Designated Magistrate Judge
Jeffrey Cole

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Marvin E. Aspen**

Date: Thursday, February 10, 2022

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, February 10, 2022

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: