IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| **BRANDON SMIETANA, et al,** ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No.: 1:22-CV-00708 |
| ) | |
| **BRADFORD STEPHENS, et al.,** ) | |
| ) | Honorable Judge Sara L. Ellis |
| *Defendants.* ) | |
| ) | |

## NOTICE OF FILING

TO:   Michael C. Goode
       Michael C. Goode & Co.
       111 West Washington St, Ste 1750
       Chicago, IL 60602
       lawoffice_mcgoode@yahoo.com

PLEASE TAKE NOTICE THAT on February 22, 2022, the undersigned caused the following

**APPEARANCE,** to be electronically filed with the Northern District of Illinois Clerk of the

Court, a copy of which is attached.

Respectfully Submitted,

/s/ Dean Barakat
*One of Plaintiff's Attorneys*

**Cole Sadkin, LLC**
Mason S Cole
Dean Tattoles
Dean Barakat
Mark Johnson

1

1652 W Belmont Ave, Ste 1
Chicago, IL 60657
P: (312) 548-8610
ARDC: 6255594
dbarakat@colesadkin.com

### **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that on February 22, 2022 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach