IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Skycoin Global Foundation Limited et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Stephens et al, <br><br> Defendant(s). | Case No. 22-cv-708 <br> Judge Sara L. Ellis |

## ORDER

Motion by Justin A. Morello for leave to appear pro hac vice [13] is granted.

Date: 4/11/2022          /s/ Sara L. Ellis