# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br><br>Defendants. | Case No.:    1:22-cv-00708<br><br>**DEFENDANT Catherine Byerly's Motion for an extension of time to file a responsive pleading**<br><br>Hon. Sara L. Ellis |

**Defendant Catherine Byerly Motion for An extension of time to Respond to plaintiff's complaint**

Now Comes, defendant Catherine Byerly, by and through her attorneys, Cole Sadkin,LLC and in support of his motion for an extension of time to respond to plaintiffs' complaint states as follows:

Defendant Catherine Byerly waived service and her responsive pleading is due May 4, 2022.

This matter is currently set for status on May 12, 2022 for status of service of defendants and to set any briefing schedules on any motions filed by any defendants.

Defendant is requesting a brief extension until May 10, 2022 to file her responsive pleading.

This brief request will not prejudice or delay this matter as several defendants have not yet been served and this court will be setting entering any briefing schedules on any motions filed.

I have attempted to confer with plaintiffs' counsel regarding this matter and he has not responded to multiple requests to regarding this issue.

Wherefore, Defendant Catherine Byerly, respectfully requests this Honorable Court enter an order allowing defendant Catherine Byerly until May 10, 2022 to respond to plaintiffs' complaint or any other relief this Court deems appropriate.

    Respectfully Submitted,

    Catherine Byerly

    __/s/Dean Barakat

    Attorney for Defendant Byerly

Mason Cole
Dean Barakat
Cole Sadkin, LLC
1652 West Belmont
Suite 1
Chicago, IL 60657
mcole@colesadkin.com
dbarakat@colesadkin.com