# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Skycoin Global Foundation Limited, et al.

                              Plaintiff,

v.                                                  Case No.: 1:22−cv−00708
                                                            Honorable Sara L. Ellis

Bradford Stephens, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motions for extension of time to answer or otherwise plead [20], [22]. Defendants' responsive pleadings are due by 5/10/2022. The Court strikes the status date set for 5/12/2022 and resets it to 5/19/2022 at 1:30 p.m. The Court enters and continues Defendant Far Ahead Marketing's motion to dismiss [15] to the next status date. The parties must file a joint status report by 5/12/2022 indicating the status of service on the Defendants who have not appeared, any proposed briefing schedules on any proposed motions to dismiss, and the standard information in the joint initial status report. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.