## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Skycoin Global Foundation Limited, et al.

                                                Plaintiff,

v.                                                             Case No.: 1:22−cv−00708
                                                                          Honorable Sara L. Ellis

Bradford Stephens, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 5/19/2022. Plaintiff's counsel failed to appear. The Court grants Defendant's oral motion for extension of time to answer or otherwise plead. Defendants' responsive pleadings are due by 5/20/2022. The Court sets the following briefing schedule on Defendants' motions to dismiss: Plaintiff's responses are due by 6/17/2022 and Defendants' replies are due by 7/1/2022. The Court sets a status hearing for 10/12/2022 at 9:30 a.m. for ruling on Defendants' motions to dismiss. The Court stays discovery pending ruling on motions to dismiss. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.