UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON SMIETANA and<br>SKYCOIN GLOBAL FOUNDATION LIMITED,<br>a Singapore company, and SYMBOLIC<br>ANALYTICS INC. a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS,<br>AARON KUNSTMAN,<br>HARRISON GEVIRTZ, f/k/a "HaRRo",<br>RYAN EAGLE, ANDREW YOUNG,<br>FAR AHEAD MARKETING,<br>JOEL WAYNE CUTHRIELL f/k/a "JOEL",<br>MORGAN PECK, TRISTAN GREENE,<br>BRYAN CLARK, CATHERINE BYERLY,<br>STEVEN LEONARD, JOSH OGLE, and<br>UNKNOWN INDIVIDUALS AND COMPANIES<br><br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:22-cv-00708<br><br><br>Honorable Sara L. Ellis |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE OF PROCESS ON DEFENDANTS

NOW COME the Plaintiffs, BRANDON SMIETANA ("Smietana") and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore Company, and SYMBOLIC ANALYTICS, INC., a Delaware Corporation ("SA") (collectively "Plaintiffs"), by and through their attorney, respectfully move this Honorable Court for entry of an Order granting an enlargement of time of six (6) months in which to effectuate service of process upon Defendants, Andrew Young, Morgan Peck, Bryan Clark, Steven Leonard and Harrison Gevirtz, and in support states as follows:

1

1.      Plaintiffs filed their Complaint at Law on February 8, 2022.

2.      Defendant, Bradford Stephens was served and counsel has appeared on his behalf.

3.      Defendant, Ryan Eagle, was served and counsel has appeared on his behalf.

4.      Defendant, Far Ahead Marketing, was served and counsel has appeared on his behalf.

5.      Defendant, Joel Wayne Cuthriell was served March 12, 2022 and a default motion is forthcoming.

6.      Defendant, Aaron Kuntsman, was served March 16, 2022, and a default motion is forthcoming.

7.      Defendant, Tristan Greene, was served May 9, 2022 and a default motion is forthcoming.

8.      Defendant, Catherine Byerly, was served March 11, 2022 and counsel has appeared on her behalf.

9.      Service has yet to be effectuated upon Defendant, **Andrew Young**, who Plaintiffs believe also uses an alias of Adam C. Young.  (See Exhibit "A") despite multiple attempts at service, an Alias Summons has to be re-issued and service effectuated.

10.     Service has yet to be effectuated upon Defendant, **Morgan Peck,** who Plaintiffs believe resides in New York, and service is in the process of being effectuated (See Group Exhibit "B").   An Alias will be re-issued as success of process server's attempts dictates.

11.     Service has yet to be effectuated upon Defendant, **Bryan Clark**, who, upon information and belief, resides in either Baja California, Mexico or Tijuana, Mexico.   A Subpoena was sent to Defendant, Bryan Clark's employer for his address, but counsel for his employer has objected to said Subpoena (See Exhibit "C").  As Defendant, Bryan Clark, is

believed to reside out of the country, and plaintiff is diligently attempting to locate Defendant to effectuate service of process on him, additional time is needed.

12.     Service has yet to be effectuated upon Defendant, **Steven Leonard**, who, upon information from his Uncle, resides in Singapore.  (See Exhibit "D").  As Defendant, Steven Leonard, is believed to reside out of the country, plaintiff is diligently attempting to locate Defendant to effectuate service of process on him.

13.     Service has yet to be effectuated upon Defendant, **Harrison Gevirtz**, despite multiple attempts.  An Alias Summons is to be re-issued at what Plaintiffs believe is his current address.  (See Exhibit "E").

14.     The Plaintiffs request a 6 month enlargement of time to locate and serve Defendants, Andrew Young, Morgan Peck, Bryan Clark, Steven Leonard and Harrison Gevirtz.

WHEREFORE, Plaintiffs, pay that this Honorable Court enter an Order granting an additional six (6) months enlargement of time in which to effectuate service of process upon Defendants, Andrew Young, Morgan Peck, Bryan Clark, Steven Leonard and Harrison Gevirtz, or for whatever other relief this Honorable Court deems appropriate.

DATED: June 8, 2022                                     Respectfully submitted,


                                                      ____/s/Michael C. Goode_____

Michael C. Goode, Esq.
Michael C. Goode & Company
111 West Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541-1331
Lawoffice_mcgoode@yahoo.com

# EXHIBIT A

## CERTIFICATE OF NON SERVICE

ED STATES DISTRICT COURT
THERN DISTRICT OF ILLINOIS

Case #: 22-cv-00708

**Brandon Smietana, et al**

Plaintiff

**vs.**

**Bradford Stephens, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Andrew Young**, at **3165 Glengrove Dr, Rochester Hills, MI 48309**, with the **Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

03/22/2022    06:15 PM    The residence is currently under refurbishment. There was a contractor present who gave me a phone number to the homeowner. I called and spoke with the female homeowner who said she bought the property some time ago. Defendant is not known.

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/16/2022.

Signature: _Keith Ingram_

Keith Ingram

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

ANDREW YOUNG, et al.,

CASE NUMBER:  22-cv-00708

ASSIGNED JUDGE:  Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Andrew Young
3165 Glengrove Drive
Rochester Hills, MI  48309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　*Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Home  Job Search  Invoice Search  Logout

## General Information

- ClientBarney & Karamanis, LLP
- Contact PersonBonnie Luttrell
- Client Ref #
- Judicial Tracking #493003
- Received Date05/11/2022
- Documents to be served
- Court Date/Time -

## Case Information

- Case Number
- Plaintiff
- Defendant
- Serve ToAdam Christopher Young (skip trace)
- Service Address3165 Glengrove Dr Rochester Hills, MI 48309

## Service Information

- StatusClosed
- Date/Time Served05/11/2022 - 6:12 AM
- Method of ServiceSkip Trace
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process ServerRobert D Fairbanks

## Service Attempts

- Date/TimeNote

## Message Area

[ Submit ]

- Date/TimeFromMessage

## Attachments

- Judicial Affidavit
- Invoice #: 279605 | Total Amount Due: (Pay Now)
  Date Billed: 05/11/2022 | Total Payments:

# Adam Christopher Young

Age 38

Lives in Rochester Hills, MI

Show less contact info

Recent addresses

3165 Glengrove Dr
Rochester Hills, MI 48309

Dates seen Nov 2004 - Mar 2022

6145 E Cave Creek Rd Unit 104
Cave Creek, AZ 85331

7116 Placid Pointe Ct SE
Caledonia, MI 49316

Recent phone numbers

(248) 230-7752
(248) 648-8865
Is this accurate?

**◁ I N T E L I U S**

Phone Report

# (248) 762-0668

Link to Report

Report Created

Feb 11, 2022

intelius.com/dashboard



# Disclaimer

Intelius IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from this report in connection with determining a prospective candidate's suitability for:

Health insurance or any other insurance

Credit and/or loans

Employment

Education, scholarships or fellowships

Housing or other accommodations

Benefits, privileges or services provided by any business establishment.

The information provided by this report has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, you understand and agree that you will not use any of the information you obtain from this report as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through this report to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

# Personal Information

This section contains known aliases, birth information, and potential imposters gleaned from public records.

## POSSIBLE OWNER

Adam C Young

## KNOWN ALIASES

Adam Christopher  Young

## OTHER PEOPLE POSSIBLY ASSOCIATED WITH THIS NUMBER

Adam C Young

## OWNER HISTORY

| Owner Name | Address |
| --- | --- |
| Adam C Young | 6145 E Cave Creek Rd Unit 104, Cave Creek, AZ 85331-8700 |
| Adam C Young | |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

ANDREW YOUNG, a/k/a ADAM C. YOUNG

## ALIAS SUMMONS IN A CIVIL CASE

CASE NUMBER: 22-cv-000708

ASSIGNED JUDGE: Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Andrew Young
a/k/a Adam C. Young
6145 E. Cave Creek Rd., Unit 104
Cave Creek, AZ 85331

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

June 8, 2022

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                     Date                         *Signature of Server*

                                _____
                                *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

 Gmail

Bonnie Lynn <blgoodelaw@gmail.com>

---

1 message

---

**Judicial Attorney Services, Inc.** <office@processserver.pro>
To: Bonnie Lynn <blgoodelaw@gmail.com>

Tue, May 31, 2022 at 4:15 PM

Will do, Joan



Illinois - Indiana - Arizona - Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Tue, May 31, 2022 at 2:53 PM Bonnie Lynn <blgoodelaw@gmail.com> wrote:
Can they make a few more tries later in evening? I have to assume these are two working professionals (gone during day).

On Tue, May 31, 2022 at 12:43 PM Judicial Attorney Services, Inc. <office@processserver.pro> wrote:
Morgen Peck:

Attempt : 05/18/2022 1:57 PM - Multi unit building. No names on bell. No doorman. No answer at door.

Attempt : 05/20/2022 6:18 PM - No answer at door.

Attempt : 05/23/2022 9:38 AM - No answer at the door. Only answer is on the 3rd fl and they don't know who lives on 5th fl



Illinois - Indiana - Arizona - Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Tue, May 31, 2022 at 12:11 PM Bonnie Lynn <blgoodelaw@gmail.com> wrote:
Can you give me a service update on Morgan Peck?

On Sun, May 22, 2022 at 11:57 AM Judicial Attorney Services Inc. <office@processserver.pro> wrote:
**Judicial Attorney Services, Inc. has sent you the past due invoice(s) for the following case:**

**Judicial Tracking #:** 488696
**Invoice #:** 278025
**Case:** Brandon Smietana, et al v. Bradford Stephens, et al
**Case #** 22-cv-00708
**Client Ref #**

**Judicial Tracking #:** 488516

**Invoice #:** 278630
**Case:** Brandon Smietana, et al v. Bradford Stephens, et al
**Case #** 22-cv-00708
**Client Ref #**
**Judicial Tracking #:** 488868
**Invoice #:** 278630
**Case:** Brandon Smietana, et al v. Bradford Stephens, et al
**Case #** 22-cv-00708
**Client Ref #**

To make payment with a Visa, Mastercard, Discover, American Express or eCheck (ACH), please click here to
be transferred to the secure payment server.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

BRADFORD STEPHENS, et al.,

CASE NUMBER:   22-cv-00708

ASSIGNED JUDGE:   Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Morgan Peck
76 Canal Street, 5th Floor
New York, NY 10002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                     Date                    *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**                    Case #: **22-cv-00708**

---

**Brandon Smietana, et al**

Plaintiff

**vs.**

**Bradford Stephens, et al**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Civil Cover Sheet**

03/25/2022    01:55 PM    This is a 6 story, 67 unit building (The Arthur NYC). Unknown per door man. Never heard of the defendant before. No unit number provided.

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/25/2022.

Signature: _____
Husam Naser
Registration No: 2034396

---

CLIENT: **Michael C. Goode & Company**                    Job #: **488696**
FILE #:

 Gmail

Bonnie Lynn <blgoodelaw@gmail.com>

## Service on Morgan Peck - Our file # 487426
1 message

**Judicial Attorney Services Inc.** <office@processserver.pro>                Tue, Mar 15, 2022 at 5:52 AM
To: blgoodelaw@gmail.com

Attempt: 03/14/2022 1:46 PM Unknown per tenants on the 2nd and 3rd fl

Also spoke to the manager of the salon on the ground floor and the defendant is unknown

Sincerely,

Bob Fairbanks
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
Phone: (630) 221-9007
office@ProcessServer.pro

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

BRADFORD STEPHENS, et al.,

| | |
|---|---|
| CASE NUMBER: | 22-cv-00708 |
| ASSIGNED JUDGE: | Hon. Sara L. Ellis |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Jeffrey Cole |

TO: (Name and address of Defendant)

Morgan Peck
76 Canal Street, 5th Floor
New York, NY 10002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

March 9, 2022

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                          Date                                      *Signature of Server*


                                                      _____
                                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT C

1  GATTEY LAW OFFICE, P.C.
   Scott D. Gattey (Bar No. 180875)
2  830 Old County Road
   Belmont, CA 94002
3  (650) 596-7123 tel
   scott@gatteylaw.com
4
   Attorney for Third Party
5  GRAPHITE GROWTH, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF ILLINOIS

10

11  SMIETANA, ET AL,                    CASE NO. 22-CV-00708

12              PLAINTIFF               THIRD PARTY GRAPHITE GROWTH,
    v.                                  INC'S OBJECTIONS TO
13                                      SUBPOENA ISSUED BY PLAINTIFF
    BRYAN CLARK, ET AL
14              DEFENDANTS.

15

16

17      Graphite Growth, Inc. ("Graphite") submits the following objections to the Subpoena

18  served by Plaintiff on Graphite ("Subpoena").

19                              **OBJECTIONS**

20      1.  Graphite asserts these Objections with respect to each and every document request

21  contained in the Subpoena.

22      2.  Graphite objects to the extent the subpoena seeks to have documents produced in Illinois,

23  well outside the 100-mile limitation set forth in Federal Rule of Civil Procedure 45.

24      3.  Graphite objects that the subpoena was not signed or dated.

25      4.  Graphite objects that the subpoena did not provide adequate time for compliance.

26      5.  Graphite generally objects to the Subpoena in its entirety and to each individual

27  document request included therein, to the extent that the categories of documents in each and

28

every request set forth in the Subpoena are vague, ambiguous and overbroad and as such Graphite is not able to respond.

6. Graphite generally objects to the Subpoena in its entirety and to each individual document request included therein, on the ground that compliance with the Subpoena would impose an undue burden on Graphite because the scope of the Subpoena is overbroad.

7. Graphite generally objects to the Subpoena in its entirety and to each individual document request included therein, on the ground that the Subpoena requests documents the production of which would require Graphite disclose private, trade secret, proprietary and confidential information. The subpoena is also defective in that it does not indicate that prior notice was given to the employee whose records are sought and as is required under California law.

8. Graphite generally objects to the Subpoena in its entirety and to each individual document request included therein, on the ground that the Subpoena requests materials that likely have already been produced by the parties in the above-captioned matter.

DATED: May 25, 2022

GATTEY LAW OFFICE, P.C.

By: _____

Scott D. Gattey

Attorney for Third Party
Graphite Growth, Inc.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

BRANDON SMIETANA, SKYCOIN GLOBAL et al.

_____
*Plaintiff*

v.

BRYAN CLARK, et al.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 22-cv-00708

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Graphite Growth, Inc., 51 Sharon Street, San Francisco, CA 94114 - Attn: HR Director
Graphite Growth, Inc. c/o 1505 Corporation1823VCORP SERVICES CA, INC.330 N BRAND BLVD 700
GLENDALE, CA 91203

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Copy of the most current personnel file, containing last known residential address of employee, Bryan Clark.

| Place: Michael C. Goode | Date and Time: |
|---|---|
| 111 W. Washington Street, Suite 1750 Chicago, IL. 60602 OR EMAIL:blgoodelaw@gmail.com ☜ *address of Bryan Clark to.* | 05/26/2022 BY 1PM |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR _____

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Michael C. Goode
111 W. Washington Street, Suite 1750, Chicago, IL. 60602 _____ , who issues or requests this subpoena, are:
mcgoode@yahoo.com; bonnielynn@goodelaw.com  (312) 541-1331

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-cv-00708

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   05/09/2022 _____

_____
*Server's signature*

Bonnie Luttrell, Paralegal
*Printed name and title*
Michael C. Goode Law Offices
111 W. Washington Stret, Suiet 1750
Chicago, IL. 60602

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Print | Close Window

**Subject: Re: NEED HOME ADDRESSES FOR TWO JOURNALISTS THAT WRITE FOR NY POST & 1 other**
**From:** "Judicial Attorney Services, Inc." <office@processserver.pro>
**Date:** Tue, Mar 22, 2022 6:21 am
**To:**

From what I can tell, Bryan Clark is probably in Mexico and I don't have the resources to locate him outside of the U.S.



Illinois · Indiana · Arizona · Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Fri, Mar 18, 2022 at 4:09 PM
I show Bryan Clark can be in San Deigo, Baja California or Tijuana

Bonnie

-------- Original Message --------
Subject: Re: NEED HOME ADDRESSES FOR TWO JOURNALISTS THAT WRITE FOR NY
POST & 1 other
From: "Judicial Attorney Services, Inc." <office@processserver.pro>
Date: Fri, March 18, 2022 4:00 pm
To:

I have no way to track anyone outside of the U.S. I will see what I can find out about Bryan
Clark.

Thanks,

Bob



Illinois · Indiana · Arizona · Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Fri, Mar 18, 2022 at 3:58 PM <
Bryan Clark:   https://www.howtogeek.com/author/bryanclark/      NEED ADDRESS TO
SERVE HIM AT.

Tristan Greene -  I believe he's in
Amsterdam.... https://anewstip.com/journalist/profile/dv2-4d18ba14/?tab=tweets

and Steven Leonard - lives in Singapore. (Not a journalist)

Bonnie

Copyright © 2003-2022. All rights reserved.

# EXHIBIT D

 Gmail

Bonnie Lynn <blgoodelaw@gmail.com>

## Service on Steven Leonard - Our file # 487427
1 message

**Judicial Attorney Services Inc.** <office@processserver.pro>
To: blgoodelaw@gmail.com

Sun, Mar 13, 2022 at 5:10 AM

Attempt: 3/12/2022 1:20 PM I spoke to the defendants uncle, Dave Buccellato, who said the defendant currently lives in Singapore.


Sincerely,

Bob Fairbanks
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
Phone: (630) 221-9007
office@ProcessServer.pro

Print | Close Window

**Subject:** Re: SKYCOIN
**From:** "Judicial Attorney Services, Inc." <office@processserver.pro>
**Date:** Tue, May 10, 2022 6:48 am
**To:** ┊ ┊ ┊ ┊
**Attach:** Screen Shot 2022-05-10 at 6.45.52 AM.png

For Steven Leonard, his SSN last reports him in 2020 at the address we attempted:

| 4324 85TH AVENUE CIR E PARRISH, FL 34219-1904 | Household Listing | 01/01/2015 - 11/30/2020 |
| | Experian | 06/19/2017 - 10/08/2020 |
| | Experian Gateway | 06/19/2017 - 10/08/2020 |

With no addresses being reported after November 2020, it would make sense that he is out of the country.  I did not find any utilities or vehicles registered to him.

What is the last known address for Adam Young?

Bob



JUDICIAL
ATTORNEY
SERVICES INC.

Illinois - Indiana - Arizona - Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Mon, May 9, 2022 at 12:39 PM
I need a skip on:

Steven Andrew Leonard DOB:  9/2/88 (he is the one I believe is in Singapore - but am hoping he has utilities here somewhere and I can get substitute service)

Adam Christopher Young, DOB:  5/10/84  -

Bonnie

Copyright © 2003-2022. All rights reserved.

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**                          Case #: 22-cv-00708

| | |
|---|---|
| **Brandon Smietana, et al** | Plaintiff |
| **vs.** | |
| **Bradford Stephens, et al** | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Steven Leonard**, at **4324 85th Avenue Circle E, Parrish, FL 34219**, with the **Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

03/12/2022    01:20 PM    I spoke to the defendants uncle, Dave Buccellato, who said the defendant currently lives in Singapore.

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/14/2022.

Signature: _____
Howard Glenn Finley

CLIENT: **Michael C. Goode & Company**                          Job #: **487427**
FILE #:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

|  |  |
|---|---|
| CASE NUMBER: | 22-cv-00708 |

V.

STEVEN LEONARD, et al.,

ASSIGNED JUDGE: Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Steven Leonard
4324 85th Avenue Cir E
Parrish, FL 34219

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                    *Signature of Server*


                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT E

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## ALIAS SUMMONS IN A CIVIL CASE

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

HARRISON GEVIRTZ, et al.

CASE NUMBER:        22-cv-000708

ASSIGNED JUDGE:        Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE:  Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Harrison Gevirtz
18362 N. 94th Place
Scottsdale, AZ  85255

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL.  60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                  *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Print | Close Window

**Subject:**    Re: Service on Harrison Gevirtz - Our file # 489419
**From:**    "Judicial Attorney Services, Inc." <office@processserver.pro>
**Date:**    Wed, May 04, 2022 2:44 pm
**To:**    Bonnie Lynn <blgoodelaw@gmail.com>
**Cc:**    bonnie@bkchicagolaw.com, florence@bkchicagolaw.com, JAMES@bkchicagolaw.com
**Attach:**    Screen Shot 2022-05-04 at 2.43.20 PM.png
       Screen Shot 2022-05-04 at 2.43.58 PM.png

It's true. His SSN has not reported here since 2020:

| | | |
|---|---|---|
| 19 10TH ST APT 1135<br>SAN FRANCISCO, CA<br>94103<br>SAN FRANCISCO | Experian<br>Experian Gateway<br>Equifax<br>Household Listing | 11/19/2013 - 10/13/2020<br>11/19/2013 - 10/13/2020<br>02/01/2014 - 09/30/2020<br>01/01/2019 - 12/31/2019 |

Here is what coming us as current:

| | | |
|---|---|---|
| 18362 N 94TH PL<br>SCOTTSDALE, AZ 85255-<br>6001<br>MARICOPA COUNTY | Experian<br>Experian Gateway<br>Vehicle<br>Equifax | 01/01/2021 - 03/09/2022<br>01/01/2021 - 03/09/2022<br>04/01/2021 - 01/01/2022<br>01/01/2021 - 01/31/2021 |



**JUDICIAL ATTORNEY SERVICES** INC.

Illinois - Indiana - Arizona - Delaware
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: (630) 221-9007 or (877) 659-3448
w: www.ProcessServer.pro
office locations

On Wed, May 4, 2022 at 2:27 PM Bonnie Lynn <blgoodelaw@gmail.com> wrote:
I can't say I really believe this security guard who states on 4/23 that they didn't live there for 6 months. You would think they would have been told that on 4, 8, 4/13, 4/15 and 4/19......

Can you skip this guy and see if you come up with utilities moved or a new address in last 6 months?

---------- Forwarded message ----------
From: **Bonnie Lynn** <blgoodelaw@gmail.com>
Date: Wed, May 4, 2022 at 1:30 PM
Subject: Fwd: Service on Harrison Gevirtz - Our file # 489419
To: <bonnie@bkchicagolaw.com>




---------- Forwarded message ----------
From: **Judicial Attorney Services Inc.** <office@processserver.pro>
Date: Wed, Apr 27, 2022 at 2:03 PM
Subject: Service on Harrison Gevirtz - Our file # 489419
To: <blgoodelaw@gmail.com>


Please see the attached.

Sincerely,

Bob Fairbanks
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187

## CERTIFICATE OF NON SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case #: 22-cv-00708

**Brandon Smietana, et al**

Plaintiff

**vs.**

**Bradford Stephens, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Harrison Gevirtz**, at **18362 N. 94th Place, Scottsdale, AZ 85255**, with the **Alias Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 05/09/2022 | 04:46 PM | This is a gated community. Gevirtz is not listed on the call box. After gaining entrance, there was no answer and no vehicles. There is a barking dog inside. |
| 05/11/2022 | 08:42 AM | No answer and no dogs. There is a Ring bell and no response |
| 05/14/2022 | 04:09 PM | No answer. There is white Tesla Sedan in the driveway. Unfortunately, it was backed up against the garage door, so I could not get a license plate number. I rechecked the gate call box and confirmed Harrison's name is not in there. No one responded to the ring doorbell or numerous knocks on the front door |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/14/2022.

Signature: _____

Keith E Blanchard
Registration No: MC-8694

CLIENT: **Michael C. Goode & Company**
FILE #:

Job #: **492800**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

ALIAS **SUMMONS IN A CIVIL CASE**

V.

HARRISON GEVIRTZ, et al.,

CASE NUMBER:     22-cv-00708

ASSIGNED JUDGE:
Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Harrison Gevirtz
18 - 10th Street, Apt. 1133
San Francisco, CA  94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

Case #: **22-cv-00708**

---

**Brandon Smietana, et al**

vs.

Plaintiff

**Bradford Stephens, et al**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Harrison Gevirtz**, at **18-10th St., #1133, San Francisco, CA 94103**, with the **Alias Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 04/08/2022 | 03:10 PM | Front desk called up to unit, no response. Would not allow access. |
| 04/13/2022 | 06:30 PM | Front desk called up to unit, no response. Would not allow access. |
| 04/15/2022 | 02:05 PM | Front desk called up to unit, no response. Would not allow access. |
| 04/19/2022 | 12:36 PM | Was allowed access to the unit. Knocked and rang bell, no response. |
| 04/23/2022 | 08:33 PM | Security said that the subject has not lived there for 6 months. Mentioned that he is still in the system, has not been removed. Leasing office 415-552-NEMA. |



Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 4/27/2022.

Signature: _____

Evan Weissman

Registration No: 1483 San Francisco County

---

CLIENT: **Michael C. Goode & Company**
FILE #:

Job #: **489419**

AO 440 (Rev. 05.00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

*ALIAS* SUMMONS IN A CIVIL CASE

V.

HARRISON GEVIRTZ, et al.,

CASE NUMBER:      22-cv-00708

ASSIGNED JUDGE:      Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Harrison Gevirtz
18 - 10th Street, Apt. 1133
San Francisco, CA 94103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                              *Signature of Server*


                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 Gmail

Bonnie Lynn <blgoodelaw@gmail.com>

## Judicial Attorney Services has completed your request for service
1 message

**Judicial Attorney Services Inc.** <office@processserver.pro>                    *alexandra*
To: blgoodelaw@gmail.com                                                          Sun, Mar 27, 2022 at 6:21 AM

**NOTE: THIS IS AN AUTOMATED MESSAGE - SAVE FOR IMPORTANT STATUS LINKS**

**Judicial Attorney Services, Inc. has completed service on the following case(s):**

**Judicial Job #:** 488696
**Client Ref #:**
**Case:** Brandon Smietana, et al v. Bradford Stephens, et al
**Case #:** 22-cv-00708                                          *18  10th St*
                                                                    *Apt 1133*
**Service Date:** 03/25/2022 at 01:55 PM
**Method of Service:** Non Service                               *San Fran*
**Party Being Served:** Harrison Gevirtz                           *CA*
**Person Served:** ,                                               *94103*
**Service Address:** 245 W. 25th St., New York, NY 10001  — *Apt 66*
**Description:**

**Server Name:** Husam Naser
**Server License #:** 2034396

**Service Comments:**
--------------------------------------------------------------------------------

The affidavit(s) are typically emailed and/or mailed out within 1 business day (if originals are required). You can log into your account at JudicialStatus.com to view and printout affidavit(s), obtain invoices and check prior payments.

Your account login information is below:

**User Name:**
**Password:**

If prepayment was not sent or a balance is due on this service you may pay by Visa, Mastercard, American Express or Discover. Please click here to be transferred to the secure payment page. We also accept electronic payment through Chase QuickPay or any Zelle supported bank to this email address.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Judicial Attorney Services, Inc.                    *5447 Haines Rd N*
2100 Manchester Rd., Ste 503-2                       *Saint Petersburg, FL*
Wheaton, IL 60187
Phone: (630) 221-9007                                        *33714*
office@ProcessServer.pro

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRANDON SMIETANA and SKYCOIN
GLOBAL FOUNDATION LIMITED and
SYMBOLIC ANALYTICS INC.

V.

HARRISON GEVIRTZ, f/k/a "HaRRo", et al.,

CASE NUMBER: 22-cv-00708

ASSIGNED JUDGE: Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Harrison Gevirtz, f/k/a "HaRRo"
245 W 25th St
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                Date                                *Signature of Server*

_____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.