# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Skycoin Global Foundation Limited, et al.

                Plaintiff,

v.                                                   Case No.: 1:22−cv−00708
                                                    Honorable Sara L. Ellis

Bradford Stephens, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for extension of time [28] in part and denies it in part. The Court will allow Plaintiffs an additional 3 months to effectuate service on the outstanding Defendants. The Court reminds Plaintiffs to notice motions for presentment according to the Court's procedures. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.