| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br>Plaintiffs,<br>v.<br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br>Defendants. | Case No.:      1:22-cv-00708<br><br><br>Hon. Sara L. Ellis |

**DEFENDANT BRADFORD STEPHENS  REPLY IN SUPPORT OF HIS MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) and 12(b)(1)**

Now Comes defendant BRADFORD STEPHENS, by and through his attorneys Cole Sadkin, LLC and in support of his MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), and 12(b)(1) states as follows in Reply:
Plaintiffs filed suit against Bradford Stephens alleging two federal causes of action Count I (Civil

RICO) and  Count VIII (Violations of the Defend Trade Secrets Act). In addition, plaintiff

alleges state law claims in Count II and IV(Fraud) Count V (Civil Conspiracy), Count VI

(Tortious Interference), Count IV (Unjust enrichment), and Count XI (Breach of Fiduciary Duty)

and finally Count XIII (violations of 720 ILCS 5/12-71.)  Should the Court dismiss the federal

causes of action, it can and should relinquish supplemental jurisdiction of the remaining state law

claims. In the alternative, This Court should dismiss the state Court Claims as set forth in the

Motion to Dismiss.

Defendant Stephens filed a Motion to Dismiss and This Court set forth a briefing schedule. Plaintiffs' response is styled a Motion to File an Amended Complaint in lieu of a response. It is unclear if this is a Motion or Plaintiffs' response or both. There does not appear to be a hearing set for Plaintiffs' Request to Amend their Complaint, nor a ruling regarding same. To the extent that the Request to Amend their Complaint is their Response to the 12(b)(6) and 12(b)(1) Motion To Dismiss, Defendant Stephens relies on his original motion. Plaintiff has set forth no actual response to the substance of the Motion to Dismiss. In addition, it is unclear if Plaintiff intends to amend every count, not just the Federal Causes of Action.

In Particular, Defendant Stephens believes that there are no set of facts that Plaintiff can allege to sustain their Civil Rico cause of Action. This Court should it be so inclined, can deny the Civil Rico Cause of Action and allow Plaintiff to replead without the Civil Rico cause of action.

Similarly, Defendant Stephens believes that Plaintiffs cannot sufficiently meet the pleading requirements for a Defend Trade Secrets Act cause of action. Plaintiffs' entire complaint rests on guess, conjecture and innuendo without the bare minimum facts to sustain their various causes of action.

Finally, plaintiffs state court claims should be dismissed with prejudice as set forth in the Motion to Dismiss.

Defendant Stephens reasserts and relies on his Motion to Dismiss all the Counts of Plaintiffs' Complaint.

Wherefore, defendant Bradford Stephens, by and through his attorneys, Cole Sadkin, LLC, requests this Honorable Court dismiss all counts against defendant Bradford Stephens pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1) for failure to state a cause of action or any other relief this Court deems appropriate.

COLE SADKIN, LLC


By: /s/ Dean Barakat
     DEAN BARAKAT
Attorneys for Defendant Bradford Stephens



Dated:  June 30, 2022



**COLE SADKIN LLC**
Mason S. Cole
Dean Barakat
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
mcole@colesadkin.com
dbarakat@colesadkin.com