IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| **BRANDON SMIETANA, et al,** | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No.: 1:22-CV-00708 |
| **BRADFORD STEPHENS, et al.,** | ) Honorable Judge Sara L. Ellis |
| *Defendants.* | ) |

## NOTICE OF FILING

TO:   Michael C. Goode
Michael C. Goode & Co.
111 West Washington St, Ste 1750
Chicago, IL 60602
lawoffice_mcgoode@yahoo.com

PLEASE TAKE NOTICE THAT on June 30, 2022, the undersigned caused the following **DEFENDANT RYAN EAGLES'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) and 12(b)(1)**, to be electronically filed with the Northern District of Illinois Clerk of the Court, a copy of which is attached.

Respectfully Submitted,

/s/ Dean Barakat
*One of Plaintiff's Attorneys*

**Cole Sadkin, LLC**

1

Mason S Cole
Dean Tattoles
Dean Barakat
Mark Johnson
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
P: (312) 548-8610
ARDC: 6255594
dbarakat@colesadkin.com

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that on June 30, 2022 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach