# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRANDON SMIETANA and )
SKYCOIN GLOBAL FOUNDATION LIMITED, )
a Singapore company, and SYMBOLIC )
ANALYTICS INC. a Delaware Corporation )
           )
       Plaintiffs, )
v. )
           )    Case No.: 1:22-cv-00708
BRADFORD STEPHENS, )
AARON KUNSTMAN, )
HARRISON GEVIRTZ, f/k/a "HaRRo", )    Honorable Sara L. Ellis
RYAN EAGLE, ANDREW YOUNG, )
FAR AHEAD MARKETING, )
JOEL WAYNE CUTHRIELL f/k/a "JOEL", )
MORGAN PECK, TRISTAN GREENE, )
BRYAN CLARK, CATHERINE BYERLY, )
STEVEN LEONARD, JOSH OGLE, and )
UNKNOWN INDIVIDUALS AND COMPANIES )
           )
       Defendants. )

## NOTICE OF MOTION

TO:    See attached Service List

      PLEASE TAKE NOTICE that on the 14th day of July, 2022, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis**, or any judge sitting in his stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion for Protective Order**

      **\*\*Judge Ellis has reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027. Noticed motions will initially appear on the calendar as in-person hearings but will be changed to phone conferences by subsequent minute order.**

                           /s/Michael C. Goode
                           Michael C. Goode, Esq.
                           Michael C. Goode & Company
                           111 W. Washington Street, #1750
                           Chicago, IL 60602
                           (312) 541-1331
                           lawoffice_mcgoode@yahoo.com;

## <u>CERTIFICATE OF SERVICE</u>

  I, Michael C. Goode, state that a true and correct copy of the Motion for Protective Order was electronically filed with the Clerk of the Court on June 17, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

  I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on July 5, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct



/s/ Michael C. Goode

<u>**SERVICE LIST**</u>

***Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:***
    Dean Barakat
    Cole Sadkin, LLC
    165 W. Belmont Ave, Suite 1
    Chicago, IL 60657
    (312) 548-8610
    dbarakat@colesadkin.com;

***Attorney for Defendant Far Ahead Marketing:***
    Justin Alan Morello
    Morello Law, P.C.
    317 4th Avenue, Suite 250
    (619) 277-4677
    justin@morellolawpc.com;