<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

</div>

| | |
|---|---|
| BRANDON SMIETANA and ) <br> SKYCOIN GLOBAL FOUNDATION LIMITED, ) <br> a Singapore company, and SYMBOLIC ) <br> ANALYTICS INC. a Delaware Corporation ) <br> ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> BRADFORD STEPHENS, ) <br> AARON KUNSTMAN, ) <br> HARRISON GEVIRTZ, f/k/a "HaRRo", ) <br> RYAN EAGLE, ANDREW YOUNG, ) <br> FAR AHEAD MARKETING, ) <br> JOEL WAYNE CUTHRIELL f/k/a "JOEL", ) <br> MORGAN PECK, TRISTAN GREENE, ) <br> BRYAN CLARK, CATHERINE BYERLY, ) <br> STEVEN LEONARD, JOSH OGLE, and ) <br> UNKNOWN INDIVIDUALS AND COMPANIES ) <br> ) <br>       Defendants. | Case No.: 1:22-cv-00708 <br><br> Honorable Sara L. Ellis |

<div style="text-align:center">

**NOTICE OF MOTION**

</div>

TO:     See attached Service List

    PLEASE TAKE NOTICE that on the 14th day of July, 2022, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis**, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion(s) for Limited Discovery and to Defer Briefing Defendant's Rule 12 Motions and Motion to Defer Responsive Pleading Deadline (MIDP).**

    **\*\*Judge Ellis has reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027. Noticed motions will initially appear on the calendar as in-person hearings but will be changed to phone conferences by subsequent minute order.**

<div style="margin-left:50%">

/s/Michael C. Goode
Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, #1750
Chicago, IL 60602
(312) 541-1331
lawoffice_mcgoode@yahoo.com;

</div>

## CERTIFICATE OF SERVICE

I, Michael C. Goode, state that a true and correct copy of the **Plaintiffs' Motion(s) for Limited Discovery and to Defer Briefing Defendant's Rule 12 Motions and Motion to Defer Responsive Pleading Deadline** was electronically filed with the Clerk of the Court on June 17, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on July 5, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct

/s/ Michael C. Goode

**SERVICE LIST**

*Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:*
Dean Barakat
Cole Sadkin, LLC
165 W. Belmont Ave, Suite 1
Chicago, IL 60657
(312) 548-8610
dbarakat@colesadkin.com;

*Attorney for Defendant Far Ahead Marketing:*
Justin Alan Morello
Morello Law, P.C.
317 4th Avenue, Suite 250
(619) 277-4677
justin@morellolawpc.com;