# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br><br>   Plaintiffs,<br>v.<br><br>BRADFORD STEPHENS,<br>AARON KUNSTMAN,<br>HARRISON GEVIRTZ, f/k/a "HaRRo",<br>RYAN EAGLE, ANDREW YOUNG,<br>FAR AHEAD MARKETING,<br>JOEL WAYNE CUTHRIELL f/k/a "JOEL",<br>MORGAN PECK, TRISTAN GREENE,<br>BRYAN CLARK, CATHERINE BYERLY,<br>STEVEN LEONARD, JOSH OGLE, and<br>UNKNOWN INDIVIDUALS AND COMPANIES<br><br>   Defendants. | Case No.: 1:22-cv-00708<br><br>Honorable Sara L. Ellis |

## NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on the 14th day of July, 2022, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis**, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion to Amend/Correct Complaint.**

  **\*\*Judge Ellis has reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027. Noticed motions will initially appear on the calendar as in-person hearings but will be changed to phone conferences by subsequent minute order.**

                /s/Michael C. Goode
                Michael C. Goode, Esq.
                Michael C. Goode & Company
                111 W. Washington Street, #1750
                Chicago, IL 60602
                (312) 541-1331
                lawoffice_mcgoode@yahoo.com;

## **CERTIFICATE OF SERVICE**

I, Michael C. Goode, state that a true and correct copy of the **Plaintiffs' Motion to Amend/Correct Complaint** was electronically filed with the Clerk of the Court on June 17, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on July 5, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct

/s/ Michael C. Goode

# SERVICE LIST

***Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:***
    Dean Barakat
    Cole Sadkin, LLC
    165 W. Belmont Ave, Suite 1
    Chicago, IL 60657
    (312) 548-8610
    dbarakat@colesadkin.com;

***Attorney for Defendant Far Ahead Marketing:***
    Justin Alan Morello
    Morello Law, P.C.
    317 4th Avenue, Suite 250
    (619) 277-4677
    justin@morellolawpc.com;