UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and <br> SKYCOIN GLOBAL FOUNDATION LIMITED, <br> a Singapore company, and SYMBOLIC <br> ANALYTICS INC. a Delaware Corporation <br> <br> Plaintiffs, <br> v. <br> <br> BRADFORD STEPHENS, <br> AARON KUNSTMAN, <br> HARRISON GEVIRTZ, f/k/a "HaRRo", <br> RYAN EAGLE, ANDREW YOUNG, <br> FAR AHEAD MARKETING, <br> JOEL WAYNE CUTHRIELL f/k/a "JOEL", <br> MORGAN PECK, TRISTAN GREENE, <br> BRYAN CLARK, CATHERINE BYERLY, <br> STEVEN LEONARD, JOSH OGLE, and <br> UNKNOWN INDIVIDUALS AND COMPANIES <br> <br> Defendants. | Case No.: 1:22-cv-00708 <br><br> Honorable Sara L. Ellis |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on the 14th day of July, 2022, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis**, or any judge sitting in his stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion for Default Judgment (as to Josh Ogle, Defendant).**

**\*\*Judge Ellis has reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027. Noticed motions will initially appear on the calendar as in-person hearings but will be changed to phone conferences by subsequent minute order.**

/s/Michael C. Goode
Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, #1750
Chicago, IL 60602
(312) 541-1331
lawoffice_mcgoode@yahoo.com;

## **CERTIFICATE OF SERVICE**

  I, Michael C. Goode, state that a true and correct copy of the Motion for Default Judgment (against Josh Ogle) was electronically filed with the Clerk of the Court on June 17, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

  I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on July 5, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

  I, Michael C. Goode, state that a true and correct copy of the Notice of Motion and Motion was sent to Josh Ogle at 20326 Cohasset Street, #3, Winnetka, CA 91306 via overnight Courier (Federal Express) on July 6, 2022.

             /s/ Michael C. Goode

# SERVICE LIST

***Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:***
Dean Barakat
Cole Sadkin, LLC
165 W. Belmont Ave, Suite 1
Chicago, IL 60657
(312) 548-8610
dbarakat@colesadkin.com;

***Attorney for Defendant Far Ahead Marketing:***
Justin Alan Morello
Morello Law, P.C.
317 4th Avenue, Suite 250
(619) 277-4677
justin@morellolawpc.com;

Josh Ogle
20326 Cohasset Street
#3
Winnetka, CA 91306