# **DECLARATION OF SERVICE**

I, Justin A. Morello declare, I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action. My business address is 3170 Fourth Avenue, Suite 250, San Diego, CA 92103. My email address for the purposes of electronic service is justin@morellolawpc.com.

On July 1, 2022, I served the following document(s) described as:

**DEFENDANT FAR AHEAD MARKETING'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**

on the persons below as follows:

Michael Charles Goode
lawoffice_mcgoode@yahoo.com
michael@attorneygoode.com

Dean Dean Barakat
dbarakat@colesadkin.com
kblitigation@gmail.com

Rhonda Johnson
Rhonda_Johnson@ilnd.uscourts.gov

I have sent a full, true, and correct copy thereby via email to the email address(es) shown above on the date set forth below.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 1, 2022, at San Diego, California.

By: _____

Justin A. Morello