## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Skycoin Global Foundation Limited, et al.

                                            Plaintiff,

v.                                                            Case No.: 1:22−cv−00708
                                                                 Honorable Sara L. Ellis

Bradford Stephens, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 7/14/2022. Plaintiff's motion for leave of court to amend Plaintiffs' complaint [29] is granted. Plaintiff to file an amended complaint by 8/31/2022. As discussed on the record, motions to dismiss [15], [24], [25], [26] are denied; motion for default judgment [30] is denied; motion for protective order [31] is denied; motion for discovery [32] is denied; motion to defer responsive pleading deadline (MIDP); motion for protective order [33] is denied. All denied motions are without prejudice. As stated on the record, Plaintiff to issue five (5) requests to admit and five (5) interrogatories per defendant, limited to the issue of jurisdiction. Status hearing set for 10/12/2022 is stricken and reset to 10/5/2022 at 9:30 AM with a joint status report due by 9/28/2022. Any motions to dismiss to be filed and noticed for presentment for 10/5/2022. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.