# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON SMIETANA and ) | | |
| SKYCOIN GLOBAL FOUNDATION LIMITED, ) | | |
| a Singapore company, and SYMBOLIC ) | | |
| ANALYTICS INC.   a Delaware Corporation ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 1:22-cv-00708 | |
| ) | | |
| v. ) | | |
| ) | Honorable Sara L. Ellis | |
| BRADFORD STEPHENS, ) | | |
| AARON KUNSTMAN, ) | | |
| HARRISON GEVIRTZ, f/k/a "HaRRo", ) | **JURY DEMANDED** | |
| RYAN EAGLE, ADAM YOUNG, ) | | |
| FAR AHEAD MARKETING, LLC., ) | | |
| JOEL WAYNE CUTHRIELL f/k/a "JOEL", ) | | |
| MORGEN PECK, TRISTAN GREENE, ) | | |
| BRYAN CLARK, CATHERINE BYERLY, ) | | |
| STEVEN LEONARD, JOSHUA OGLE, ) | | |
| CONDÉ NAST d/b/a THE NEW YORKER, ) | | |
| THE NEW YORKER, and ) | | |
| UNKNOWN INDIVIDUALS AND COMPANIES ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

## NOTICE OF MOTION

TO: See attached Service List

     PLEASE TAKE NOTICE that on the 6th day of September, 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Plaintiffs' Motion for Extension of Time and Leave of Court to File Second Amended Complaint.

                                                  Respectfully submitted,

                                                  ___/s/ Michael C. Goode___
                                                      Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com

## CERTIFICATE OF SERVICE

       I, Michael C. Goode, state that a true and correct copy of the Motion for Leave to File Second Amended Complaint was electronically filed with the Clerk of the Court on August 18, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

       I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on August 29, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                             /s/ Michael C. Goode

## SERVICE LIST

***Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:***
Dean Barakat
Cole Sadkin, LLC
165 W. Belmont Ave, Suite 1
Chicago, IL 60657
(312) 548-8610
dbarakat@colesadkin.com;

***Attorney for Defendant Far Ahead Marketing:***
Justin Alan Morello
Morello Law, P.C.
317 4th Avenue, Suite 250
(619) 277-4677
justin@morellolawpc.com