UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation | |
| Plaintiffs, | |
| v. | Case No.: 1:22-cv-00708 |
| BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES | Honorable Sara L. Ellis |
| Defendants. | |

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on the 20th day of September, 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion for extension of time within which to file a second amended complaint, presented without objection by defense counsel.**

**\*\*Judge Ellis has reinstated the requirement that all motions must be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21-0027. Noticed motions will initially appear on the calendar as in-person hearings but will be changed to phone conferences by subsequent minute order.**

/s/Michael C. Goode
Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, #1750
Chicago, IL 60602
(312) 541-1331
lawoffice_mcgoode@yahoo.com;

## **CERTIFICATE OF SERVICE**

       I, Michael C. Goode, state that a true and correct copy of the Motion for Default Judgment (against Josh Ogle) was electronically filed with the Clerk of the Court on September 14, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

       I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on September 14, 2022, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                              /s/ Michael C. Goode

# SERVICE LIST

***Attorney for Defendants Bradford Stephens, Ryan Eagle, and Catherine Byerly:***
    Dean Barakat
    Cole Sadkin, LLC
    165 W. Belmont Ave, Suite 1
    Chicago, IL 60657
    (312) 548-8610
    dbarakat@colesadkin.com;

***Attorney for Defendant Far Ahead Marketing:***
    Justin Alan Morello
    Morello Law, P.C.
    317 4th Avenue, Suite 250
    (619) 277-4677
    justin@morellolawpc.com;