# <u>APPENDIX</u>

Appendix A: The New Yorker Article
Appendix B: Extortion
Appendix C: Pumpolito
Appendix D: Hate Crimes
Appendix E: Morgen Peck Communications
Appendix F: Steven Leonard Extortions
Appendix G: Josh Ogle/Sudo Extortion
Appendix H: Staff Announcement
Appendix I: Out of Context Chats
Appendix J: Altcoin

# Appendix A: The New Yorker Article

Case: 1:22-cv-00708 Document #: 40-1 Filed: 09/20/22 Page 3 of 86 PageID #:834

ANNALS OF TECHNOLOGY

# PUMPERS, DUMPERS, AND SHILLS: THE SKYCOIN SAGA

*The cryptocurrency promised to change the world and make its users rich in the process. Then it began to fall apart.*

**By Morgen Peck**

August 18, 2021



Illustration by Nata Metlukh

n an April afternoon in 2011, a twenty-seven-year-old tech entrepreneur named Bradford Stephens arrived at a stucco bungalow near the canals of Venice, California. He had recently started a new data-analytics company, and had come to speak with a coder named Brandon Smietana, whom he hoped would get involved. Stephens had already met Smietana online, where he uses the handle Synth, and where he often debated minute points about math and programming. When Stephens and Ryan Rawson, an employee who tagged along, arrived, Smietana invited them into a carpeted den. A computer sat on a table, its casings removed to reveal a tangle of circuits; a sleeping bag lay on a sofa. Smietana was in his early twenties, with dark hair and a youthful face. Rawson told me, "He had the air of this mad scientist couch surfing." Stephens pitched his new company, but got no traction. Smietana had turned his attention to a new technology: cryptocurrency. "The only people who have to work for money are the people who cannot create it or print it out of thin air," he told them.

The first cryptocurrency, Bitcoin—released in 2009 by an anonymous programmer (or a group of them) called Satoshi Nakamoto—was a feat of computational brilliance. A bitcoin is an abstract unit of value that people track and spend with digital wallets. When someone contributes her computer's power to process Bitcoin transactions, the computer also races to solve an equation, a process called "mining." Each solution that meets certain criteria mints new coins. The number created decreases by half every four years or so—an event known as the Halvening—which keeps the supply limited, guarding against inflation. The whole economy is maintained on a blockchain, a shared ledger that keeps a tally of every Bitcoin transaction. As miners add transactions, the Bitcoin software coördinates and finalizes their contributions, making the ledger transparent and unchangeable and the system nearly impossible for governments to shut down.

But the technology has a flaw: as more people use it, transactions become slower and more expensive. The average transaction fee fluctuates wildly; one day last week, it was two dollars and thirty-three cents, making it more expensive than any major credit card for everyday purchases. The pursuit of a better Bitcoin quickly became a full-blown academic field, with its own conferences, university courses, and peer-reviewed journals. But, as Smietana explained over the next few years to anyone who would listen, he had the solution. He was designing a cryptocurrency that could be sent around the world instantaneously, for next to nothing. He called it Skycoin.

He was going to use this currency, he said, to create a decentralized version of the Internet, called Skywire. He planned to build a large mesh network, a system that allows people to use special Internet routers to share bandwidth with their neighbors. With enough members, a network can bypass service providers, making it harder for corporations and governments to surveil Internet use. But it's difficult to retain volunteers. "A community network really needs density before it is useful," Brian Hall, of NYC Mesh, the largest community network in the U.S., wrote in a blog post. "It can be a chicken and egg problem." Smietana's project proposed a different way to attract people: pay them. His customers would share bandwidth using routers called Skyminers, and get paid for their service in Skycoin. He envisioned a new cryptocurrency spent over a community-owned Internet, calling it "the last step to fulfilling Satoshi's mission."

Stephens left his first meeting with Smietana believing that he could be destined for greatness. Skycoin launched publicly two years later, in 2013. The following year, Stephens attended a party at Smietana's new place, an unrenovated warehouse just south of L.A. Someone had painted the walls with images of horned monsters. "It was very Burning Man meets H. P. Lovecraft," Stephens told me. Stephens's friend Baron Chat, a photographer who attended, said, of Smietana, "He seemed to be receiving his signal from a different station than

everyone else." According to Stephens, Smietana asked him to join the fledgling project, but he demurred. (Smietana said he doesn't remember seeing Stephens at the party.)

The first cryptocurrency boom arrived in 2017. "Several investors I knew, and a lot of my friends, started pivoting from angel investing to putting money in crypto and seeing insane returns," Stephens told me. Skycoin had a "token sale"— a sort of I.P.O. for cryptocurrencies—and was listed on two small exchanges. By the end of 2017, its price had gone from a little more than a dollar per coin to about fifty dollars per coin. That December, while Stephens was on vacation with his wife in Japan, Smietana messaged him with another chance to get involved. It seemed like an opportunity to work on something revolutionary. But he also thought, Everybody else is getting rich off crypto, so why not me? He said that he later told Smietana, "I'm going to need 50K up front and I gotta hire a team." After a couple days, he checked his Bitcoin wallet and found fifty thousand dollars sitting in it. "I'm, like, 'I guess I'm hired,' " he said. (Smietana denies sending the money, though he had said he would do so in texts, and there's a record of such a transaction on the Bitcoin ledger.) Before leaving Kyoto, he and his wife had visited a shrine to Inari, the Shinto god of rice, where they left offerings and made wishes. His wife wished for the health of her father, who was battling cancer. "I asked for wealth and adventure," Stephens told me. "And I got one of those."

In the past decade, a shift has occurred in the way that cryptocurrencies are distributed. Satoshi put bitcoins into circulation through a reward system: the more computing power you contribute, the more coins you can mint. Some early adopters paid their rent simply through mining. Around 2012, though, people began devising blockchains that could be used for more ambitious applications: supply chains with real-time geolocation, for example, or patient-controlled medical records. Such projects required capital, compelling founders to experiment with less democratic ways to distribute coins. In 2013, J. R. Willett, the founder of Mastercoin, invented the "initial coin offering," or I.C.O., the first

the founder of Mastercoin, invented the "initial coin offering," or I.C.O., the first token sale: developers partially pre-mined their tokens and then sold them off to raise money. Michael Terpin, who has managed two hundred such token sales, and who handled public relations for Skycoin, told me that the scheme empowers entrepreneurs. "Somebody who had an innovative product could sell directly, prior to it being built, to an audience of enthusiasts," he said, without having to "give up a third of the company."

A frenzy followed a few years later. Since 2017, hundreds of projects have announced token sales. One of the most lucrative, EOS, raised about three and a half billion dollars in a yearlong I.C.O. Many projects amassed funds even before their blockchains or applications existed; some prepared assiduously, but others merely threw together a Web site, a list of advisers (sometimes without their knowledge), and some semblance of a technical paper (sometimes plagiarized). "A playbook really emerged for how to set up a legitimate-looking I.C.O.," Matt Chwierut, the head of research at Smith & Crown, a blockchain research firm, told me.

In 2018, I attended the North American Bitcoin Conference, in Miami. On the main stage, representatives from companies with unpronounceable names riled up the crowds. Downstairs, an arcade of booths hawked every kind of blockchain project: smart glasses, cargo robots, refugee-identity documents. At a booth for a group claiming to build a volunteer emergency-services network, I asked why the endeavor required a coin. The attendant told me to come back later when someone more technical would be arriving.

Because bitcoin mining is regulated by algorithms, everyone, in theory, has a fair chance of getting new coins. But, to receive pre-mined coins in a token sale, you often have to buy publicly at the sale price or else negotiate a deal behind the scenes. "A lot of coins were being sold on the side and in secret," Josh, a major cryptocurrency investor—who eventually bought into Skycoin, and requested that I use only his first name, out of concern for his safety regarding another matter—told me "You'll do special deals with people if they give you three or four or five

told me. "You'll do special deals with people if they give you three or four or five million dollars up front." This created a sense that making your fortune required being in the right room to get the right tip.

On the second night of the conference, I went to a strip club for an after-party, where flashing your badge got you a crypto-inspired cocktail. (I ordered a Satoshi Sour.) Guests exchanged advice, sure that they were getting the best inside information. But a few hours later a friend whisked me off to a more exclusive party, thrown at a beachside bar by Patrick Byrne, the former C.E.O. of Overstock. (Byrne stepped down in 2019, after it was revealed that he had had <u>an affair</u> with the Russian agent Maria Butina.) The attendees were celebrating the hundred-million-dollar token sale of Byrne's trading platform, TZero, which he said was going to "drag Wall Street behind the barn, kill it with an axe, and re-create it on blockchain." There were giant platters of sushi and oysters; the rapper Flo Rida pulled Byrne up onto the bar for a sing-along. Guests exchanged invites to exclusive chat rooms on Telegram, an app favored by coin enthusiasts. I turned to a man next to me and asked what had brought him to the party. He rubbed his thumb and forefinger together and shouted, "Making money."

The employment structure at Skycoin was loose, and Stephens joined without a contract. "Here I was, a guy used to wrangling hundred-page venture-capital contracts, and I'm joining a company with no last names and barely any first names," Stephens said. Smietana, who by then was living in Shanghai, had pre-mined a hundred million coins, which were scheduled for circulation. Skyminer routers were just starting to ship, but sales had already outstripped production. Smietana estimated that operators who used Skyminers could make between fifteen thousand and forty-five thousand dollars a month. Most coinholders I spoke to were young men around the world—medical students, craftsmen, 3-D animators—who believed in the project. In chat rooms, Smietana's followers addressed him with reverence. "We all are in honor to speak with synth," a user called Anosis wrote. "It's like having a chance to talk to Satoshi."

Satoshi.

Although Stephens studied computer science in college, he admitted that, when he started working with Skycoin, he "hardly knew anything about crypto." He was told to handle marketing, and assembled a team composed mostly of friends and former associates. (Smietana now claims that he contracted a marketing company that Stephens ran, not Stephens himself.) But he soon realized that word about the project was already spreading. Large investors recruited in their own circles, and smaller coinholders hyped Skycoin on social media. At one point, Skycoin advertised a bounty program that promised users coins in exchange for promotional activities, such as writing blog posts and creating YouTube videos. One user-made video, titled "Skycoin - To the Moon," featured footage of a shuttle blasting off next to a chart of Skycoin's market value, interspersed with a closeup of glossy lips and the words "YOU COMIN'?" People who proved their worth on Telegram often got pulled up the ranks. "I started to spend 90 hours a week in the chat room," a user called Sudo, who became one of Skycoin's Telegram channel moderators, and who refused to tell me his name, messaged me. "They seen how active I was and offered me a job."

By early January, 2018, the total estimated value of pre-mined Skycoins had reached almost five billion dollars. Smietana sent representatives to conferences in New York, Lisbon, San Francisco, and Singapore, and arranged a retreat in Mauritius. A former marketing contractor, who requested anonymity out of fear of harassment, recalled that Smietana could spend lavishly on the people who worked with Skycoin, in one case paying for cryotherapy, vitamin injections, thousand-dollar steak dinners, and a twelve-thousand-dollar trip to the Esalen Institute. "Dude was very liberal with his spending and could be very generous," the marketing contractor said. The team posted a video of a yacht party, and thundered around in Ferraris. In New York, Skycoin reps cruised in a helicopter to grab footage of a Skyminer held over Manhattan's skyline.

That month, Stephens flew to Las Vegas to speak on a panel at the CoinAgenda

summit. He wasn't up to speed on the technical aspects of Skycoin yet, but he held a Skyminer over his head and said, "You all are the first to see the new Internet!" On the first day of the conference, Smietana sent Stephens a voice memo with an urgent request. He was hoping to get Skycoin listed on Binance, one of the world's largest cryptocurrency exchanges, which could help secure its legitimacy. During the I.C.O. boom, it was common for projects to pay a "listing fee" in order to be included on an exchange. (Binance claims that it chooses projects based solely on "strict security, legal, and regulatory compliance standards." In 2018, facing pressure, it announced that it would donate its listing fees to charity.) Smietana said that he had paid Binance executives seven and a half million dollars but that they hadn't followed through. (Binance confirmed that Skycoin paid it a hundred and fifty thousand Skycoins to spend on "promotion," which were worth seven and a half million at the coin's peak.) Smietana told Stephens to entertain the executives, to sweeten the deal. Stephens planned a party in a penthouse suite at the Bellagio. Smietana gave explicit instructions via voice messages: "You have to buy prostitutes for the people at Binance," he said. "Get them, like, three girls each." (Smietana denies any involvement in the party, and claims that his voice messages about it were "either a joke or a deep fake but probably a deep fake.")

That night, Stephens and Baron Chat, who had also started working on Skycoin's marketing, along with Catherine Byerly, another member of the team, sat in the hotel suite, with champagne on ice. Six escorts arrived at nine, and the employees instructed them to make the Binance executives feel like "rock stars." "To them, I was this, like, stereotypical businesswoman in an Ann Taylor dress," Byerly said. "But inside I'm thinking, How did my decisions lead me here?" Chat said, "It felt almost like you were in the process of living out some bizarre reality that sometimes you see in the movies. The weird excess . . . Crazy shit happens when you have a corporate account and a green light." By ten o'clock, the executives hadn't shown up, and Stephens began to worry that he'd lost the deal. He couldn't reach Smietana, so he frantically called the event organizers. They explained that

not only had no Binance reps showed up at the conference—they weren't even on the registration list. (A spokesperson at Binance told me that the company neither requested nor knew about the party.) "That's when I started taking anything Brandon said with a grain of salt," Stephens told me. Still, he decided that, "if this is going to be weird, I'm going to make it memorable weird." Some of the escorts took their pay and left; the rest drank champagne and played Cards Against Humanity with the group into the morning.

When Stephens returned from Las Vegas, he set about mapping Skycoin's progress. One of the company's main selling points was Obelisk, an algorithm that allowed it to send coins cheaply and quickly. On Telegram, Smietana insisted that everything that came before was "obsolete and primitive." He boasted that Obelisk was written by Houwu Chen, a developer who had worked on Ethereum, the second-most popular cryptocurrency platform. He posted an academic paper written by Chen on the Skycoin Web site, claiming that it was a Skycoin white paper. But when Stephens reached out to Chen, he got no response. "We kept trying to chase people down to ask details, and it was slowly revealed it just . . . didn't exist," he told me. In a later discussion about technical details, a Skycoin "community manager" told coinholders that "it's too advanced to share" and that the company "can't trust the public with it." When pressed, Smietana wrote, of Chen, "He is a recluse, I doubt anyone can contact him or he would respond." Smietana eventually told me that Chen had taken a payment of a million Skycoins for his work on the white paper and then left the project. (Chen declined to comment, saying, "Just don't put my name in the article. That's my statement.") Stephens discovered that Obelisk had never been implemented. (Smietana now acknowledges this, but claims that the project has published some of Obelisk's code and used it in simulations.)

Skycoin's payments were fast, but only because transactions were processed on a single server, rather than on a decentralized network of computers. The server sat in the Shanghai office of Scott Freeman, the C.E.O. of C2CX cryptocurrency

exchange. This also meant that, if Smietana wanted to, he could freeze transactions. "The big thing about a blockchain is it's supposed to be decentralized, and no single entity is supposed to be able to change it," Freeman told me. He added, of Skycoin's setup, "In a way, it makes you into a fraud." (Smietana claims that his power to freeze transactions was designed as a security measure.) Freeman said that he nagged Smietana about implementing Obelisk but that Smietana told him, "People don't really care. It's not worth it. We should spend our resources on other things." (Smietana denies this.)

Skycoin's Web site claimed that multiple payments were scrambled together to provide extra privacy, but this feature was never implemented in the Skycoin wallet. The pre-mined coins sat in virtual wallets under Smietana's sole control. (When pressed, Smietana claimed that he shared control of the coins with a secret group of advisers, but refused to give me their names.) When Stephens asked to see Skycoin's accounting books, Smietana explained that his girlfriend, Sarah, was in charge. Sarah told Stephens that the accounting was a work in progress. (Smietana denies directing Stephens to Sarah, and she denies being in charge of the project's accounting.) Everything seemed haphazard. Stephens was once paid from a bank account in Mauritius registered under a different name; many employees were paid in bitcoin or Skycoin.

In early February, 2018, a month after the CoinAgenda conference, Stephens booked a trip to Shanghai to see Smietana, determined to bring some order to Skycoin. One night, he had dinner with Smietana and members of a Chinese marketing team that Smietana had hired, at a steak house in Xuhui. As the dinner began, Smietana rose from his chair and launched into a rambling diatribe of conspiracy theories. For hours, he catalogued the hidden crimes of a class of global élites who controlled citizens through virtual reality, medical marijuana, and pornography. At some point, Stephens started recording Smietana on his phone. "We want to feminize the peasant population to make them more docile," Smietana says. "It's so they don't revolt."

Stephens told me, "I just became shell-shocked. What the fuck have I gotten myself into?" He had seen Smietana post conspiracy theories on Telegram before, but he figured it was a joke. In the weeks after the dinner, Stephens tried to warn some investors, but felt that they brushed him off: "They would be, like, 'Brandon is just doing his thing, and the value of the coin keeps going up.' "

S hortly after Stephens returned from Shanghai, a reporter named Tristan Greene published a <u>scathing article</u> about Skycoin on the Next Web, a technology-news Web site, condemning the company for pre-mining its coins. The Skyminer router was being sold for one bitcoin—worth about ten thousand dollars at the time—but Greene highlighted the fact that it was constructed from components worth about six hundred dollars. Customers got back the ninety-four-hundred-dollar difference, but it came in Skycoin, which still sold only on small exchanges, making it difficult to trade in quantity. (The software for the miners was also incomplete; users connecting to Skywire had no way to pay for the service. Smietana claims that this feature is still under development.) Stephens granted Greene an interview but couldn't persuade him of the project's legitimacy. Greene wrote, "Is it a scam? I'm 99 percent sure of it."

Skycoin went into full damage-control mode. The project had been running a black-ops marketing unit sometimes referred to as Shill Team Six, composed of users plucked from Telegram who specialized in manipulating attention on the Internet. The "shills" occasionally flooded 4chan and Reddit, keeping engagement up with memes and bots. A former member of Skycoin's inner circle, who also requested anonymity, told me that if someone spoke ill of Skycoin the shills could be sent in to "make their life difficult," by digging up embarrassing information. (Smietana denied directing the group, saying it was "completely out of control.") The shills found that even bad publicity could be good for Skycoin. In a chat with investors, Smietana said that they sometimes spread negative rumors about Skycoin, in order to attract attention. "Direct promotion does not get to front page and has low click rate," he wrote. "If they create contraversy, then it directs

attention and clicks to skycoin." (Smietana claimed that these messages were taken out of context.)

Stephens knew that Smietana pored over texts about crowd psychology and even solicited advice from DJ Hives, an anonymous online personality who at one point used a Hitler avatar, on controlling public opinion. In voice messages, DJ Hives referred to Skycoin customers as "fish," a poker term for easily exploited players, and encouraged Smietana to cultivate an aura of infallibility: "We want to put you on the level of deity as far as the masses are concerned." (When contacted on Telegram, DJ Hives said, "None of this is correct," and declined to comment further.)

The team gamed search algorithms into ignoring Greene's article. "We helped bury that page for a while," Sudo, the anonymous user, who claimed to be part of Shill Team Six, messaged me on Telegram. (Smietana claimed that Skycoin ignored the article.) But word was already spreading. Skeptics showed up in Skycoin's social-media channels to ask questions, and Skycoin moderators started blocking them. "After banning enough losers, everyone left will be winners," Smietana wrote. Skycoin enthusiasts smeared Greene on Telegram, accusing him of writing a paid hit piece. When Greene showed up in the channel to address their concerns, moderators kicked him out. Someone claiming to be a Skycoin investor e-mailed Greene and threatened to "visit" him, his wife, and their son if he didn't stop "messing" with Skycoin, writing, "nothing is really impossible in the world for people like us that grew theire wealth on crypto."

Stephens contacted Michael Terpin, the adviser, to voice his worries, but, he said, "It turns out Terpin didn't give a shit." (Terpin told me that, by this time, his company was phasing out its involvement with Skycoin. "Brandon's got a flair for the dramatic," he said. "Honestly, that's one reason I found it difficult to keep working with Skycoin.") Stephens came up with a plan to strip Smietana of power and transfer management of the company to a foundation; he still believed that

Skycoin could become a reality if reasonable people were in charge. But, by late February, 2018, six weeks after he joined the project, he found that he was locked out of both the Skycoin Telegram and his work e-mail. Members of his team were

locked out, too. "The whole thing was so terrible," Chat, from the marketing team, told me. Smietana sent an e-mail to the Next Web denying that Stephens represented Skycoin. "The person you interviewed has nothing to do with Skycoin and is a known scammer," Smietana wrote. "Please update the article." Stephens heard from Smietana again in June, 2018, when Smietana sent him a mysterious Facebook message in which he claimed that he had acted out of concern for Stephens's safety. "I saved your life. You do not even know," Smietana wrote. "I will tell you in a few years."

In July, 2018, a recording leaked of Li Xiaolai, a Chinese billionaire and the founder of a coin that launched with an eighty-two-million-dollar token sale, giving his unfiltered perspective on the industry. "From the start, I knew one thing," he said. "The main power to compete here is the traffic." Successful coins accrue value, in other words, not because of technical sophistication but because they get people's attention. This requires having a founder who can capture the imagination. "All the successful 100X, 1000X projects—you go and look at the founder, they will definitely be a spin doctor," he said. What matters with a coin is that people are talking about it. "The consensus of idiots is still consensus," he said.

To some extent, this is true of most modern currencies: they have no value apart from what we collectively assign them. But the U.S. dollar is supported by government guarantees and controlled through monetary policies. Bitcoin abolished government backing, but its scarcity is regulated through algorithms. (Even so, a tweet or statement from a high-profile coinholder like Elon Musk can raise or crash its price.) Coins that are manually distributed in token sales provide even fewer assurances. It is often impossible to know how many are in circulation. Their value is built on a promise that some feature, often still in development, will

make them more useful than other currencies. Until that promise is fulfilled, it is largely a matter of faith. "Money is a social construct," Smietana wrote, on

Telegram. "It is based upon CONFIDENCE . . . Confidence is a religion and is built upon perception and not reality."

Founders that control perception control the price of their coin. According to Chwierut, the blockchain researcher, during the I.C.O. bubble, it was not uncommon for founders to spend as much as thirty per cent of their budget on ad campaigns. Some of the effort went to gaming the attention economy, requesting mentions from influencers or using bots to create an illusion of broad support. Traders can even use these metrics to manage their portfolios: IntoTheBlock, a "crypto-intelligence" firm, tracks Twitter mentions and Telegram-member counts and sells the information to investors; a data platform called Santiment alerts users when chatter about their coins surges. Recommendation algorithms can encourage the spread of incendiary content, and coins promoted with controversy and falsehood often perform well. Some coin promoters use stunts or scandals to keep users engaged. After closing a fifty-million-dollar token sale, the founder of a cryptocurrency called Savedroid posted a picture of himself at what looked like an airport with a caption reading "Thanks guys! Over and out," which was taken as a confession that he was running off with the funds. A day later, he revealed that he was trolling about escaping with the money, but only after several articles had been written about the scandal. The firm ASKfm hired mountaineers to climb Mt. Everest and film themselves leaving a cryptocurrency wallet on its peak. (The company released a statement saying, "On a market where launching a blockchain endeavor is not really a newsbreak, companies have to stand out.") A sherpa died in the process.

Market manipulation is rampant. In schemes called "pump and dumps," traders meet in exclusive chat rooms where they coördinate to purchase a coin, causing the trading volume to go up and others to take interest. When the price is at its

highest, the pump-and-dumpers sell, leaving faithful users holding the bag. In an industry where everyone is a coinholder, there is no one left to pull the alarm. Should investors realize that their coin is a sham, it would be an act of self-

sabotage to raise concerns. Better to become evangelists, wooing others in order to boost the price.

U.S. law generally requires projects to register with the S.E.C., forcing them to make financial disclosures that investors could then inspect before buying. Almost none do, giving convoluted rationales that John Reed Stark, the founder of the S.E.C.'s Internet-enforcement office, told me are "poppycock." Not registering can facilitate further rule-breaking, as when, say, influencers promote coins without disclosing their investment, or projects pump coins with fraudulent claims. Stark said, of I.C.O.s, "Every single one I ever saw was unlawful on multiple levels." The S.E.C. began cracking down in 2017, but prosecution often requires "extraordinary resources from an alphabet soup of federal and state law-enforcement agencies," Stark said. As a result, few projects face consequences.

In the spring of 2018, Skycoin climbed into the list of the top hundred coins, and appeared on a Nasdaq Web cast. That May, Binance announced that it would list Skycoin on its trading platform. Around the time of the listing, the price jumped thirty-eight per cent. Then, suddenly, it came crashing down. According to several people involved, Skycoin privately sold to investors at a steep discount—in at least one case, coins worth millions of dollars—inadvertently giving them an incentive to dump it on the market as soon as they could. (Smietana denied being involved in such sales.) Smietana had claimed on Telegram that the investors were restricted from selling. But, as soon as Binance listed Skycoin, the market flooded with sell orders. Freeman, from the C2CX exchange, had been acting as the project's primary "market maker," using a pool of reserves to provide market liquidity and stabilize prices. "I tried to hold at about twenty," he told me. But the sell-off was too much to contain. Coinholders shared their misery on Telegram. "Its been fun guys, i'm gonns hang myself in 2 hours," a

user named Willy Jr. wrote. "Bought 20K at 20 dollars." A user named Dante wrote, "synth told me this shit would moon," adding, "i took a mortage on my house."

A few weeks into the sell-off, a voice message from Smietana emerged on Telegram that seemed to imply that the biggest Skycoin investors were coördinating their moves in a secret chat room. Smietana said in the message, of the investors, "Everyone was basically doing the exact opposite of whatever the public was doing." (Smietana acknowledged being in the chat room at one point but claimed that he was barely involved.) Rumor spread that the S.E.C. would investigate Skycoin as a result, and that Binance was considering delisting it. In the public chat, coinholders prepared for a death spiral. A user called Opaque wrote, "I want to say calm down guys, but its really doesnt look good."

Then, out of nowhere, Smietana announced that he had big news to share once "all the staff are safe." In the coming days, he accused members of the Chinese marketing team of breaking into his house with five gang members, holding him and his girlfriend hostage for six hours, beating him until one of his ribs broke, and stealing a small quantity of cryptocurrency. Members of the Chinese marketing team denied this. In a letter to investors, they claimed that Smietana and his girlfriend had pushed them out, refused to pay them, and frozen their Skycoin wallets, which contained coins that were then worth somewhere between four and nine million dollars. This was the first apparent instance of Smietana's using his power to freeze Skycoin transactions. (Smietana claims that the wallets contained embezzled company funds.) In their letter, the marketing-team members claimed that they had been invited to Smietana's apartment to find a resolution, and a small scuffle broke out in which he got a bruised wrist. Afterward, Smietana's girlfriend filed a police report, and four defendants spent a few months in detention, after admitting to detaining Smietana and his girlfriend in an incident that left them "lightly" injured.

Smietana blitzed Telegram with messages about the alleged "kidnapping." "This

is the best thing that has ever happened to Skycoin. Ever...As long as we can keep this drama going, we can get [the trading volume] even higher." He amused himself by plotting new distractions: "Quick, someone photoshop video of me

being beheaded by ISIS and see if you can get them to write an article about it." But coinholders seemed not to buy it. When he did a live YouTube interview, shortly after the incident, someone commented, "I dont see one bruise on his face. beaten the shit out of me, what with ? a piece of toast.?" As the sell-off continued, Smietana blamed it on the "kidnappers" for dumping their stolen coins. "They have been surpressing the price the whole time," he wrote.

In November, 2018, Smietana, apparently growing desperate, enlisted John McAfee to promote the coin. McAfee, once famous for the antivirus software that he developed in the eighties, had earned a reputation as a kind of cyber outlaw: he was a "person of interest" in a murder in Belize, in 2012, and subsequently fled the country, later posting images of himself cruising the Caribbean in his yacht, brandishing guns. He was a sought-after crypto promoter. McAfee tweeted a video that seemed to show him with the Skycoin logo freshly tattooed on his back and the message, "Why Skycoin? If you have to ask, you've been living in a fucking closet." (Smietana admitted to paying McAfee during this period but insisted that it was a gift to help with "yacht repairs.") Smietana urged people to buy: "If you put in a million dollars now, and we have a run just as large as the last one, you're going to be at fifty million dollars," he said, in a video. Then, in March, 2019, McAfee publicly broke ties with Skycoin. (Smietana told me that McAfee began demanding large fees that he refused to pay.) When asked on Twitter what he would do about the tattoo, McAfee replied, "I'll keep it as a reminder that no matter how old I get, I still get scammed by unscrupulous people with pie in the sky plans. They almost drove me to violence."

Stephens, watching from afar, felt that he had been spared the worst. He hadn't behaved perfectly: he had been taken in by Skycoin's promise, but he also promoted a coin that he knew little about. After being cut off, he took Skycoin's

social-media accounts hostage, and unsuccessfully demanded a severance payment. In the end, he told me, he sold his holdings for thirty thousand dollars. The internal drama and crashing prices prompted a broader exodus from the project. In 2019, Freeman's exchange announced that it was delisting Skycoin. Michael Terpin's name still appears on the Skycoin Web site, but he told me that he no longer has anything to do with it. Josh, the cryptocurrency investor, lost faith after visiting Smietana in China, last year. "Crypto is a bunch of con artists conning each other," he said. "Obelisk was always a week away, and it still is." He sold his holdings and told me that he lost ninety-nine per cent of his investment.

Investors who sold at the peak would have made large profits, but many average coinholders suffered. (Smietana claimed that he urged restraint: "I told people not to put money into the market that they were not prepared to lose.") Armon Koochek, a recent college graduate in Santa Barbara, California, invested in Skycoin in 2018, lured by the promise of a new Internet and excited by the "memes and content on Reddit and Twitter." He lost some fifteen thousand dollars. He tried to warn others away from the project in the Telegram chat room, and was soon banned. "I hope I saved a lot of investors," he told me. Dael Lithgow, a forty-five-year-old bootmaker in Pietermaritzburg, South Africa, invested most of his savings in Skycoin in 2017, and convinced his mother and girlfriend to invest, as well. Had they sold during the boom, the profits would have been "life-changing," but they held on. "I really believed in what they were trying to do," he told me. Today their coins are nearly worthless.

In the summer of 2019, I met Smietana at a mozzarella bar in Manhattan. He was wearing all black, and his hair was starting to gray. As we sat, he warned me, unprompted, "Honestly, like, ninety-eight per cent of the people are scammers in blockchain." Then, preëmpting my questions, he visited every bit of Skycoin intrigue. The "gang members" who kidnapped him in China had demanded "sixty million dollars." The technology for Skywire, the decentralized Internet service, was already "working" and Obelisk was just "a few months" out.

His girlfriend, Sarah, called several times while we were speaking. He showed me frantic messages from her, and said that he was blowing off an important meeting,

but he kept talking, telling me about his coin's promise. He seemed to regard me as the next potential pump.

Almost four hours into my lunch, I made an excuse to leave, saying that I needed to walk to my bank. Smietana followed along for almost thirty blocks, ranting about his court case in China. Eventually, I brought him to Times Square, where his girlfriend was waiting. She must have seen something in my eyes, and said, "He's a mad scientist." After New York, they were headed to the Caribbean, where they would see Terpin and check out the crypto scene. They invited me to join. In the months that followed, Skycoin's price dropped below a dollar a coin, but Smietana remained optimistic. He told me, on Telegram, that he had a new hardware lab where he was developing antennae for the Skyminer, and said that Skycoin was moving into the medical industry, agricultural automation, and underground mining.

When I confronted Smietana about Skycoin's history, he began sending me dozens of voice messages a day, spinning elaborate stories that often contradicted one another. Many could be corroborated only by people whom he swore existed but who couldn't talk because they had government security clearance, or were in hiding, or because he didn't know their real names. He attacked those who spoke ill of Skycoin, calling them criminals, junkies, and blackmailers. He claimed at first that he didn't know Stephens ("I contacted advisor board and no one involved in Skycoin has heard of Bradford"), then that he was a "con artist," then that he was a "federal informant/agent" trying to entrap him. At one point, Smietana even suggested that he wasn't the real founder of Skycoin. I began to feel dizzy reporting this story, trying to sort through the layers of deception and to figure out whom I could trust. Everyone seemed to think that they could spin what I wrote to their advantage.

Smietana continues to post in the Telegram chat room, assuring loyal coinholders that the features they've waited years for are almost complete. "In that Telegram group, he is king," the former member of Skycoin's inner circle told me. Former employees remain divided about Smietana's motives. "It's almost as if he viewed Skycoin as a money printer," the former marketing contractor told me. "Everything that happened was a distraction or ruse to keep people in the dark while he kept his shit-coin casino operating." It's impossible to know how much Smietana made on the currency. ("Overall, I would say, I did ok," Smietana wrote to me.) But other founders have pulled "exit scams," dumping all of their coins at the market's height and disappearing entirely, which Smietana never did. One of Skycoin's lead software developers—who was also Smietana's friend from college, and who requested anonymity out of fear of harassment—doesn't think Smietana was in it to get rich: "Being a figurehead in blockchain is like being a cult leader and I think he enjoyed that more than the money." At one point, Smietana sent me a voice message, asking, "Why didn't I just take the seventy million and just, like, run off?"

In the past several years, the S.E.C. has charged multiple I.C.O. operators with offering unregistered securities and committing fraud, and the cases have resulted in settlements that have ordered hundreds of millions of dollars returned to coinholders. Last July, Jack Abramoff, who became famous, in 2006, for his role in a political-lobbying scheme, pleaded guilty to committing securities fraud with a token sale. The project, called AML BitCoin, published a white paper in 2017 that listed Smietana as one of its software developers. (Smietana claims that he was included without his consent.) In October, Spanish authorities arrested McAfee on an extradition request from the U.S., where he faced charges of tax evasion and illegally promoting cryptocurrencies. (In June, he was found dead in his jail cell, in an apparent suicide.) In the past few years, cryptocurrency founders have tweaked their strategies; instead of I.C.O.s, they now hold "initial exchange offerings" and "initial decentralized exchange offerings." Stark, the former S.E.C. official, told me that the new terminology is "designed to create confusion and

avoid S.E.C. scrutiny, but all of it is the same." David Silver, a lawyer who represents victims of cryptocurrency fraud, hopes that, as the S.E.C. enforces

securities laws, fraud in the market will decrease. "Yesterday's crypto heroes are tomorrow's crypto felons," he said. "The statute of limitations is very long."

This past January, a Telegram channel named after WallStreetBets, the Reddit forum that supercharged GameStop's stock price, targeted Skycoin with a pumping campaign. As the pump spread to other social-media platforms, the price punched up above five dollars per coin. The mood in the chat was ecstatic. "I'm frantically moving funds around to buy more," a user named Krzys P wrote. Smietana wrote, "MOON MOON LAMBO MOON." Stephens is now a software developer at Salesforce, and insists that he is done with cryptocurrency: "My personality is not well suited to fraud, and mafioso, and everything that crypto is." He recently returned with his wife to Japan and sought out a new Shinto shrine where, he said, he wished for good health.

# NEW YORKER FAVORITES

- What happens when a bad-tempered, distractible doofus runs an empire?
- Remembering the murder you did not commit.
- The repressive, authoritarian soul of Thomas the Tank Engine.
- The mystery of people who speak dozens of languages.
- Margaret Atwood, the prophet of dystopia.
- The many faces of women who identify as witches.
- Sign up for our daily newsletter to receive the best stories from *The New Yorker*.

---

*Morgen Peck is a freelance journalist who has covered cryptocurrency since 2012.*

# Appendix B: Extortion











Excuse me sir  6:24 PM

Would you like for this to go away?  6:25 PM

Also skycoinscam.com  6:26 PM

yes  7:12 PM ✓✓

why  7:12 PM ✓✓

I dont really care too much  7:12 PM ✓✓

Okay then nvm  7:16 PM

I can have all of it deactivated but for a price. Or I can also have what you want said tweeted out  7:17 PM

I was thinking

$1,500/m and 20+ bots will tweet a list of tweets you put into a spreadsheet

$5000/m and I will work with my team member to make 200+ bots that will tweet a list of tweets you put into a spreadsheet

Ofc we can also make the tweets good ourselves we don't expect you to spreadsheet a whole list of hundreds of tweets.  7:19 PM

Skycoinscam.com can be removed

And your twitter can be given back to you  7:20 PM

Ok.  7:22 PM ✓✓

Let me know when you would like to proceed, if you are interested. I'm available any time of day or night and my associate and I are ready to move forward.  edited 7:23 PM



**Sudo Mediation Room**
2 members

**Deleted Account**                                                                                   15:17
Forwarded messages

> Synth 25/08/19
>
> Sudo is over, we won!
>
> Sudo is done for.

Top kek                                                                                               15:17

Just you wait just you wait                                                                           15:17

Going to fucking ruin you enjoy the shit show                                                        15:18

If you think I have even put in 5% of my effort into destroying thus far you are    edited 15:19
more moronic than I previously thought you were. All your lies have been
documented they are exported into files. I will disprove them all with evidence
have them published to over 100 crypto news sources. All your bad business
dealings will be public all your lies will be public

I'm going to have so much fun making you cry                                                         15:19

I have over 300 accounts of you telling me to tell the shill team to do X Y and Z                   15:20

I have your loud mouth saying everything                                                             15:21

You have such a loud mouth you cannot shove a cork in it                                             15:21

You will pay the price for that whether it be payment to me or payment with the                     15:22
consistent destruction of Skycoin

**Synth** owner                                                                              ✓✓ 15:25
> **Deleted Account**
> If you think I have even put in 5% of my effort into destroying thus far you are more…

If you had 100 crypto news sources, you should have used them to promote Skycoin.

Instead of using your shills to FUD the kidnapping. I knew it was you and not hives.

**Deleted Account**                                                                                   15:25
>thinking my messages from the past month or so will make up for the last 2 years of
your messages

>thinking my messages will lessen the degree of lies you have told for the last 2 years+

>thinking my messages have anything to do with Skycoins success

Reeeeeeeeeeeeeeeeeeeeeeee the thought process of an autistic fuck

Today


**Craig Wright**
http://brandonsmietanascam.com/


**Synth**
thank you sudo

You are the one that said that FUD is promotion

Unread messages


**Craig Wright**
1Q7XPy9Rjq31BzgQRHnnor3QiqXnuVwrdE


**Synth**
How many BTC this time, to have the website taken down?


**Craig Wright**
How many can you afford


**Synth**
How do I know you will take down the website


**Craig Wright**
I gave you a chance to pay the shills $200,000 and we wouldn't even have went this far

Why wouldn't you just pay us



**Craig Wright**
••• typing

✓✓ 16:04

**Synth**
How many BTC this time, to have the website taken down?

16:04

**Craig Wright**
How many can you afford

✓✓ 16:04

**Synth**
How do I know you will take down the website

16:05

**Craig Wright**
I gave you a chance to pay the shills $200,000 and we wouldn't even have went this far

16:05

Why wouldn't you just pay us

16:05

You clearly have the money dude

16:05

Telegram

**Craig Wright**
last seen recently

What if you come back and keep blackmailing me afterwards?

**Craig Wright**                                                                    17:08

▶ ılılılılılılılılılılılılı ıl ılı lıı ılı ılı Lılı ılı ı.
01:04

Unread messages

I'm not out to get you unless you give me reasons to get you          17:10

I already have other companies in my email box for work I just want   17:10
to move on from this with something that makes sense

                                                                      17:11



They just want to move on to other things                             17:11

1Q7XPy9Rjq31BzgQRHnnor3QiqXnuVwrdE                                    17:12

1 last time                                                           17:12

18.6 BTC                                                              17:12

I never mention Skycoin or you again                                  17:12

I'll even stop other people from spreading fud by deleting my private 17:12
channel



**Synth**
✓✓ 2:30 PM

**Twitter Support**
Send here and I'll hand over everything I have and shut down my privat...

2 BTC
- to transfer over the domain
- to give the twitter account back (password/username for proton mail it was registered with)
- delete the other twitter attacking me
- delete all the fud groups
- to go away and never see you again

**Twitter Support**
6:15 PM
4btc

2btc isn't enough to go away forever
6:15 PM

4 BTC and you got a deal
6:15 PM

**Synth**
✓✓ 6:16 PM
and you have to have a contract and the contract has to be notorized

Unread messages

**Twitter Support**
6:17 PM
I'm going back to fudding

See ya
6:17 PM

https://twitter.com/notskycoinceo/status/1173179261173342208?s=21
6:18 PM

**Twitter**
**Synth**
Attention: do not update skycoin wallet, the new version is infected.

**Synth**
✓ 6:19 PM
And you have to hand the accounts to ogle. And I will send the BTC to him. He will be the escrow agent.





**Synth**  ✓✓ 16:50

I need escrow. I need a legal agreement. I wont pay you 200k without an agreement.



**Craig Wright**  16:50

I'm not giving you my name

I will sign it Sudo  16:50

# Appendix C: Pumpolito

 **Pumpolito**
••• typing

 

Today

**Pumpolito**                                                                                  edited 03:05
Hello.

I saw you asked for some Informations about Bradford and Morgen Peck.

Bounty for any information about the events leading up to the Skycoin delisting
on Binance and the activities of Sudo/Bradford.

And bounty for any information about ongoing blackmail and extortion
operations against Skycoin and its community.

Dm @haltingstate

**Pumpolito**                                                                                  03:16
I was hidden for the last 4 years.
But I think Bradford did go to far now.

The Binance delist and most of these attacks are from Bradford and            edited 03:18
people who got paid by Bradford or should I say paid Bradford and Scott.
Bradford run out of money and Scott helped him out with money.

I don't understand why, but they spent a ton of money for social media           03:26
attacks. Most of these people are from 3. world country's, cause they do
everything for money.

This guy named Blevenec got hired for this negative stuff too after they saw
he won the trust from the Skycoin Community.

They paid around 50 people from 3. World country's for 7 Month,                 edited 03:29
spamming the Binance Support with false Informations about Skycoin
and forwarded messages out of context from your Telegram Account.

But after Bradford realised Binance can't be fooled, by a couple of 3.          edited 03:32
World country humans. He was looking for a young "Journalist" who
wanted to write a fake Article about Skycoin and found Morgen Peck.

**Pumpolito**                                                                                  edited 03:42
Morgen Peck got paid and fooled by Bradford and got many false Informations
from him too.

Bradford gave Morgen Peck many false promises.

**Pumpolito**                                                                                  04:01
I go to bed now. If you want/need more informations, you can write me
tomorrow.

I can even try to restore my old phones to get a couple of Screenshots and
pictures.
I was just lurking in one of Bradford's Insider FUD Groups, but got kicked out
1-2 weeks after the shit article got released. Cause I told him this was to much
now and he needs to chill.
Cause all this hate and effort to destroy Skycoin is dumb and useless.



 **Pumpolito**
••• typing

  

Cause he posted under your Facebook post 8 years ago.
But this guy don't even know how to spell coding.

 **Synth** ✓✓ 12:09

 **Pumpolito**
This was the reason everyone believed Bradford that he was always in...

He used this facebook post, to claim that he was involved with Skycoin 8 years ago?

 **Pumpolito** 12:10



The Vip Party in 2018 with hookers and cocain.

But I think you already know this picture from him, or?

 **Synth** ✓✓ 12:10
Yes.

 **Pumpolito** 12:13

**Synth**
He used this facebook post, to claim that he was involved with Skycoin 8 year...

Yes and he told you and him are good friends since school etc. and you two build Skycoin together. It's complete bullshit, but some belived it. Morgen Peck belived it too.

Bradford told Morgen too, that her carrier will get a huge boost with this Skycoin Saga Article and that he will become some sort of "PR-Manager" for her too and that this will be the first step for Peck for a big carrier as Journalist in the crypto space...

 **Synth** ✓✓ 12:13
Bradford was unable to pay you?

He owed you money and refused to pay or said he was unable to pay?

What date did he stop paying you, approximately, the month and year. edited ✓✓ 12:14

 **Pumpolito**
last seen recently

  

 **Synth**                                                                                      edited ✓✓ 10:51
Thank you. Yes. I can send you a bounty for this. Also, Pleae send 4 skycoin addresses for the bounty.

And up to 10k if you can provide photos or screenshots from old phone.

I will send more questions later. I appreciate it.

What you said. Actually, another member of Sudos team said.                               ✓✓ 10:53

However we only knew that he had 8 full time people attacking us.

We didnt know he hired 50 people. Probably contractors or pay by post, but I am not surprised. I saw how bad their english was and suspected this.

1. You worked on Sudos team? I remember seeing you a few years        edited ✓✓ 10:57
ago.

2. Was Bradford in the room?

3. They were funded by Scott? Was Bradford the one who solicited the money from Scott?

4. When did they stop paying Sudo?

5. We knew that Scott funded Bradford and that he was working with Sudo. Other persons already told us that. But thank you for confirming

6. What did you do personally on their team? What kind of things did they ask you to do?

 **Synth**                                                                                      ✓✓ 11:08
You think that Bradford ran out of money, so he went to Scott and Scott paid him full time to harass and extort Skycoin?

They were demanding we pay them 50 Bitcoin or they would get us delisted from Binance.

 **Pumpolito**                                                                          11:37
| **Synth**
| Thank you. Yes. I can send you a bounty for this. Also, Pleae send 4 skycoin a...

aX5LWk6iFNBQT7wBfGaiMAiVBvE7veDzYz

Z6TDNnjuCimZVkhnpoPJnWxPgNweKgosFz

n9DipsZokb4a7UG4mxnTvJVbxUGUcgtGr7

PgoFcZT1eD5MnKF4SkstiFPDN2gbrxthJv

 **Pumpolito**                                                                          11:39
| **Synth**
| What you said. Actually, another member of Sudos team said.  However we o...



 **Pumpolito**
last seen recently



However we only knew that he had 8 full time people attacking us.

We didnt know he hired 50 people. Probably contractors or pay by post, but I am not surprised. I saw how bad their english was and suspected this.

1. You worked on Sudos team? I remember seeing you a few years ago.

edited ✔✔ 10:57

2. Was Bradford in the room?

3. They were funded by Scott? Was Bradford the one who solicited the money from Scott?

4. When did they stop paying Sudo?

5. We knew that Scott funded Bradford and that he was working with Sudo. Other persons already told us that. But thank you for confirming

6. What did you do personally on their team? What kind of things did they ask you to do?

 **Synth**                                                     ✔✔ 11:08
You think that Bradford ran out of money, so he went to Scott and Scott paid him full time to harass and extort Skycoin?

They were demanding we pay them 50 Bitcoin or they would get us delisted from Binance.

 **Pumpolito**                                              11:37
| **Synth**
| Thank you. Yes. I can send you a bounty for this. Also, Pleae send 4 skycoin a...



 **Pumpolito**                                              11:39
| **Synth**
| What you said. Actually, another member of Sudos team said.  However we o...
Yes, these 3. world country people got paid by Bradford per post/ per message to the Binance Support Team. Oh really, who is opening up now too?

 **Synth**                                                     ✔✔ 11:46
| **Pumpolito**
| Yes, these 3. world country people got paid by Bradford per post/ per messag...
We had a lot of people over last two years. Even sudo himself told me some of this.

 **Pumpolito**
online

 

 **Pumpolito**                                                    12:05

> **Synth**
> 1. You worked on Sudos team? I remember seeing you a few years ago.  2. Wa...

1. No, I got paid a little bit and worked mostly for Bradford, that's why I know he run out of money, cause he could not pay me aprox. 1.5 years ago now. I was in some groups with Sudo, but I was just lurking most of the time and was not really in Sudos Team.

2. In which room? If you mean Sudos Telegramm rooms then yes. In 1 room he was, in another he wasn't. But I was only in 2 sudo rooms personally idk. How much more private rooms sudo got. Bradford got private rooms too without sudo.

3. Yes Bradford asked Scott for money, cause he had not enough for his normal Lifestyle and paying Attackers at the same time and Bradford wanted desperately to destroy Skycoin. So most of the money people got paid the last 1.5 years is probally from Scott.

4. Well, most people don't got paid 1.5 years ago for 2 Month, I don't know if they completely stopped paying sudo now or not. I did not had much contact with sudo. I was just accepted in his groups cause Bradford said it.

6. I did not do that much, cause I had a normal full time Job too. I only wrote a couple of messages these 3. World country guys could sent to the Binance Support or told them what to say when they enter the Skycoin Telegram and Twitter.
Bradford's plan was to distract you and the Skycoin team with all this attacks so much that you can't work normally, give you a bad reputation that no one works for you anymore and keep you and everyone busy in the Social Media channels and when you got angry from these people and you sent an insulting message to them, they saved it and wrote another E-mail to the Binance support or spammed it on social Media or to "Journalist" like ForkLog. Idk if you saw the Screenshot from the ForkLog Interview. But that happened too, cause everyone spammed their "Journalist" with E-Mails. I was accepted in his Groups, but I did not do much. He just told me to handle all this messages and question from these 3. World country guys and sent him the most important things they did.

 **Pumpolito**
••• typing

  

---

 **Synth** ✔✔ 12:17

>  **Pumpolito**
> This was the reason everyone believed Bradford that he was always in S...

Did Bradford begin to make the claim that he was Skycoin's "lead developer" in 2021 or he was making that claim earlier? When did he start making this claim and who did he say this to?

I only heard that he was calling himself Skycoin's "secret lead developer" in 2021. That was the first time I heard that he had said this.

Bradford never did any programming or software development work for Skycoin. He is not on the github at all.

 **Pumpolito** 12:19

> **Synth**
> Bradford was unable to pay you? He owed you money and refused to pay or s...

Yes he was unable to pay me for 2 Month.

He said he was unable to pay, but he will try his best to get funding again. So he asked Scott and other people again for more money to destroy SKY.

It was around August/September 2020.

 **Pumpolito** 12:22

> **Synth**
> I only met Bradford two times in person. Once for less than an hour. I did not...

Ye, he told everyone that you and him close friends since school. Idk. that was always a little bit weird to me. He came up with many dumb story's, that made no sense at all.

 **Synth** ✔✔ 12:26

Thank you. These details help a lot.

 **Pumpolito** 12:26

> **Synth**
> Did Bradford begin to make the claim that he was Skycoin's "lead developer"...

He was making that claim earlier, first time I heard it was end 2019. When he "hired" new attackers, he came up with a dumb story, that you betrayed him and stole the Skycoin master seed with the 75 million coins and changed it and that you stole his Skycoin project from him. Cause he was the lead developer etc.
He told everyone, that he just want to get back his Skycoin Project and that you are the devil in person, cause you betrayed and stole it from an old good friend.

 **Synth** edited ✔✔ 12:27

> **Pumpolito**
> He was making that claim earlier, first time I heard it was end 2019. When he...

Did Bradford even say say that he wanted to "steal Skycoin back" or any other statements about trying to take Skycoin back or steal the company?

 **Pumpolito**
••• typing

  

---

 **Pumpolito**                                                04:01

I go to bed now. If you want/need more informations, you can write me tomorrow.

I can even try to restore my old phones to get a couple of Screenshots and pictures.
I was just lurking in one of Bradford's Insider FUD Groups, but got kicked out 1-2 weeks after the shit article got released. Cause I told him this was to much now and he needs to chill.
Cause all this hate and effort to destroy Skycoin is dumb and useless.

 **Pumpolito**                                          edited 04:09

> **Pumpolito**
> They paid around 50 people from 3. World country's for 7 Month, spamming...

I never thought that this article could delist Skycoin from Binance.

But after the article got released he told these aprox. 50, 3. World country Humans to spam this Article to the Binance support and then Binance acted on it and asked Morgen Peck for more Informations about Skycoin and Bradford spoonfed Morgen Peck with the Informations she have to say to the Binance support.

Bradford told her so much lies and shit that Binance seriously believed him and didn't even asked the Skycoin team for explanations. They just delisted SKY straight up, without even listening to the Skycoin Team... They just got fooled and scammed by the biggest scammer Bradford too. It's insane how dumb Binance was.

⬤ **Synth**                                                edited ✓✓ 10:51

Thank you. Yes. I can send you a bounty for this. Also, Pleae send 4 skycoin addresses for the bounty.

And up to 10k if you can provide photos or screenshots from old phone.

I will send more questions later. I appreciate it.

What you said. Actually, another member of Sudos team said.                    ✓✓ 10:53

However we only knew that he had 8 full time people attacking us.

We didnt know he hired 50 people. Probably contractors or pay by post, but I am not surprised. I saw how bad their english was and suspected this.

1. You worked on Sudos team? I remember seeing you a few years          edited ✓✓ 10:57
ago.

2. Was Bradford in the room?

3. They were funded by Scott? Was Bradford the one who solicited the money from Scott?

4. When did they stop paying Sudo?





**Synth**  edited ✓✓ 12:27

> **Pumpolito**
> He was making that claim earlier, first time I heard it was end 2019. When he…

Did Bradford even say say that he wanted to "steal Skycoin back" or any other statements about trying to take Skycoin back or steal the company?

Did Bradford make statements that he intended to steal the company?

He said that he wanted to steal or take control of the 75 million Skycoin in the wallet of the foundation?

**Pumpolito**  12:34

He did not said "stealing" he made it look like that you stole it from him and that he is the innocent and victim and just want to get it back or destroy your project completely and create a new Skycoin Project cause he already did so much work for the project as lead developer and can't give all this development he did for free to you.

So he never really said stealing, he just wanted HIS 75 Million Skycoin wallet back and want to take HIS project back.
He really made it look like, that he was the creator from Skycoin most of the time



**Pumpolito**                                                              12:05

Synth

1. You worked on Sudos team? I remember seeing you a few years ago.  2. Wa...

1. No, I got paid a little bit and worked mostly for Bradford, that's why I know he run out of money, cause he could not pay me aprox. 1.5 years ago now. I was in some groups with Sudo, but I was just lurking most of the time and was not really in Sudos Team.

2. In which room? If you mean Sudos Telegramm rooms then yes. In 1 room he was, in another he wasn't. But I was only in 2 sudo rooms personally idk. How much more private rooms sudo got. Bradford got private rooms too without sudo.

3. Yes Bradford asked Scott for money, cause he had not enough for his normal Lifestyle and paying Attackers at the same time and Bradford wanted desperately to destroy Skycoin. So most of the money people got paid the last 1.5 years is probally from Scott.

4. Well, most people don't got paid 1.5 years ago for 2 Month, I don't know if they completely stopped paying sudo now or not. I did not had much contact with sudo. I was just accepted in his groups cause Bradford said it.

6. I did not do that much, cause I had a normal full time Job too. I only wrote a couple of messages these 3. World country guys could sent to the Binance Support or told them what to say when they enter the Skycoin Telegram and Twitter.
Bradford's plan was to distract you and the Skycoin team with all this attacks so much that you can't work normally, give you a bad reputation that no one works for you anymore and keep you and everyone busy in the Social Media channels and when you got angry from these people and you sent an insulting message to them, they saved it and wrote another E-mail to the Binance support or spammed it on social Media or to "Journalist" like ForkLog. Idk if you saw the Screenshot from the ForkLog Interview. But that happened too, cause everyone spammed their "Journalist" with E-Mails. I was accepted in his Groups, but I did not do much. He just told me to handle all this messages and question from these 3. World country guys and sent him the most important things they did.

# Appendix D: Hate Crimes





File: 124 KB, 750x910, DC623B21-C582-40EE-9BB9-0FD38138DE65.jpg [View same] [iqdb] [saucenao] [google]



☐ **SkyCoin the biggest failure** Anonymous Sat Oct 12 05:52:39 2019 No.15891452 [Reply] [Original] [archived.moe]

Picture OP's white father fucking his kike mother over and over, pounding her as she screams his name "Joseph Smietana!!". He asks her if she hates white men. She says "Yes baby only black cock for me, microdick white bois can die." This pushes OP's racist dad over the edge and he squirts his American seed into her Kike pussy. 9 months later, synth is born.

His mother immediately resents him for being born a pathetic kike male with jew instead of white features, and he develops an autism and narcissistic personality disorder over this. Through his teenage years he is made fun of for his micropenis and inability to play sports or get laid. Soon, the depression turns to rage and hatred, and he starts lurking hapa subreddits and incel forums. Every day he seethes, every day he is one step closer to either hanging himself or becoming another Elliot Rodger hapa mass shooter.

His only two comforts are writing revenge fantasies in his journal, and Scientology, of which he owns 2TB across multiple hard drives and posts every single day on 4chan in a futile attempt to get back at the white "Chad" bullies, his white dad, and his kike mother, all of whom rejected him from birth.

☐ Anonymous Thu May 30 16:02:31 2019 No.13913634
Quoted by: >>13914238

>>OP

synth is an ashkenazi jew and unironically drinks the blood of newborns

☐ Anonymous Tue Oct 1 15:40:04 2019 No.15777897

>>OP

Synth is a homosexual Mossad agent

☐ Anonymous Fri Feb 15 09:43:09 2019 No.12759311
Quoted by: >>12759390

>>12759145

Brandon is a literal Israeli Jew.



elegram (251015)

**Bradford / Sudo Jimmy Big Boy**
last seen a long time ago

September 11, 2021

Lmao, you do know that you sued some random ass guy right? Or whatever that bullshit was. You also know that namesilo had nothing to do with that domain, a simple search will give you that info. You're so fucking retarded. I'm so happy the admins in euclids sent me what you posted cause it's hilarious that you actually fell for that shit. Nobody likes you we all make fun of you. You're pathetic, you can't own up to anything you think you're better than everyone and most of all you're a fucking Jew bag. Slit your own throat for everyone, worthless sack of shit. 18:20

Don't fucking PM me trying to be buddy buddy, cause you're just a seething globohomo wannabe. I hope you die cause you sure as shit ain't worth the air you breath. 18:22

Can you do a call? I want to talk to you about something serious. 19:30 ✓











**Sudo TCPdump | Head of Community Management...**  6:58 AM
Forwarded messages

**Steve [sky dev]** 7/22/18
god i cant stand israelis

I agree lol  6:58 AM

Skycoin took a massive shit so if it is declining that would be why  6:59 AM

**19 August 2019**

 **Synth**                                                                    ✓✓ 19:21
https://boards.4channel.org/biz/thread/15305637

> **boards.4channel.org**
> **/biz/ - Skycoin is a jewish mossad operation - Business & Finance - 4chan**
> Skycoin is a jewish mossad operation - "/biz/ - Business & Finance" is 4chan's imageboard for the discussion of business and finance, and cryptocurrencies such as Bitcoin and Dogecoin.

Do you know anything about this?                                                      ✓✓ 19:21

# Appendix E: Morgen Peck Communications



**Synth** ✓ 13:47
Forwarded messages

Uncle Baby Billy 23/10/19
Keep an eye out for The New Yorker

Uncle Baby Billy 23/10/19 ✓ 13:47
Will be an article coming soon which will completely destroy him

Kris 24/10/19 ✓ 13:47
Looks like the Sudo drama isn't over yet.

Kris 20/08/21 ✓ 13:47
lol... It only took 2 years.

Kris 20/08/21 ✓ 13:47
Sudo spoke about this in October of 2019. Looks like Bradford and him have been working together on this for a while.





Tristan Greene 🏳️🌈 ✓
@mrgreene1977

Replying to @morgenpeck

Great piece! What a saga indeed

10:32 PM · Aug 20, 2021 · Twitter Web App

1 Like

Morgen Peck @morgenpeck · Aug 20
Replying to @mrgreene1977
Thanks, Tristan! And thanks for sharing your very telling experience for it.

♡ 1

Jesse Jones @jonesjesse21 · Aug 26
Replying to @mrgreene1977 and @morgenpeck
What is yours and Morgen's agenda? You run The Next Web which also ran a hit piece on Skycoin years ago. Both you and Morgen are close friends.

Interesting that two such close "journalists" decided to crap on the same project. How much were u paid?

> 🏳️ Tristan Greene 🏳️🌈 ✓ @mrgreene1977 · Aug 26
> Show me an unbiased journalist's work and I'll show you some hidden opinions.

♡ 1

 **Euclid's Coin Window (10% Mortality Rate Edition)**
310 members, 27 online  

  **Daniel Estulin**
Untitled   

**Pinned message** 
https://www.newyorker.com/tech/annals-of-technology/pumpers-dumpers-and-shills-the-sk... 

04:51



 **Ambsace**                                               04:57
Wonder why she wasted her time on the story when everyone that cared to know
has more accurate information than her

 **caribou**                                                04:57
Yeah, or bothered to reaffirm with anyone once written.

 **Ambsace**                                               04:58
Just scroll back in this chat two years and read Sudo's thousands of paragraphs

Actually wait, didn't realize they were gone kek                04:59

**Jimmy Big boy**                                                05:20
    **Ambsace**
    Actually wait, didn't realize they were gone kek

Deleted account                                                  05:20

/ banned                                                         05:20

Prommy banned me cause he was sick of it                         05:20

She had a personal vendetta out for Brandon                      05:21

So I see why she went through with it                            05:21

I just can't imagine the New Yorker paying for this garbage, well I can buy you    05:22
know what I mean when I say that

people track and spend with digital wallets.                     05:22

When someone contribu⬭⬭⬭⬭⬭⬭mputer's
power to process Bitcoin transactions, the
computer also races to solve an equation, a

Okay wamen                                                       05:22

Only females in her world                                        05:22

 3

 

< 🖼 **Euclid's Coin Window (10% Mortality Rate Edition)**
310 members, 27 online

🔍 ⋯

⏪ ▶ ⏩   **Daniel Estulin**
Untitled

🔊 🔁 ⊗

| **Pinned message** ⊗
https://www.newyorker.com/tech/annals-of-technology/pumpers-dumpers-and-shills-the-sk...

Actually wait, didn't realize they were gone kek

🖼 **Jimmy Big boy**                                                    05:20
| **Ambsace**
| Actually wait, didn't realize they were gone kek
Deleted account

/ banned                                                              05:20

Prommy banned me cause he was sick of it                             05:20

She had a personal vendetta out for Brandon                          05:21

So I see why she went through with it                                05:21

I just can't imagine the New Yorker paying for this garbage, well I can buy you    05:22
know what I mean when I say that

people track and spend with digital wallets.                         05:22

When someone contributes her ⭕ computer's

power to process Bitcoin transactions, the

computer also races to solve an equation, a

Okay wamen                                                           05:22

Only females in her world                                            05:22

🖼 **Daniel L**                                                         05:24
You are a wmxn now?

🖼 **Ambsace**                                                          05:24
Imagine thinking wamen can use computers

They can't even drive                                                05:24

                                                                     05:25



🖼 **g. orlock**                                                        06:21



**Lawful | Head CM | CX Labs Manager | Skycoin**    16:37
Looks like we should contact Morgen Peck at the New Yorker.

**Synth** owner    ✓✓ 17:46
Forwarded messages

> **Deleted Account** 27/12/19
> Any real proof that Synth or anyone internally at Skycoin scammed the community?

**Boy Ale** 27/12/19    ✓✓ 17:46
i mean i have posted quite a bit of shit over the months

**Boy Ale** 27/12/19    ✓✓ 17:46
morgen peck from the New Yorkerwill be writing a piece on it

**Boy Ale** 27/12/19    ✓✓ 17:46
i talked to her for almost a month now

**Professor K | CM**    19:59
> **Synth**
> i talked to her for almost a month now
lol yeah right

28 December 2019

 **Euclid's Coin Window (10% Mortality Rate Edition)**
310 members, 27 online

Daniel Estulin
Untitled

**Pinned message**
https://www.newyorker.com/tech/annals-of-technology/pumpers-dumpers-and-shills-the-sk…

 **caribou**  04:15
https://www.newyorker.com/tech/annals-of-technology/pumpers-dumpers-and-shills-the-skycoin-saga

**The New Yorker**
**Pumpers, Dumpers, and Shills: The Skycoin Saga**
The cryptocurrency promised to change the world and make its users rich in the process. Then it began to fall apart.



 **Berk**  04:28
People who proved their worth on Telegram often got pulled up the ranks. "I started to spend 90 hours a week in the chat room," a user called Sudo, who became one of Skycoin's Telegram channel moderators, and who refused to tell me his name, messaged me. "They seen how active I was and offered me a job."

kek  04:28

 **Ambsace**  04:35
During the summer of '19 he and Synth both spent 90 hours a week in here

 **Matti3**  04:37
Smietana gave explicit instructions via voice messages: "You have to buy prostitutes for the people at Binance," he said. "Get them, like, three girls each."

 **Jimmy Big boy**  04:47
People who proved their worth on Telegram often got pulled up the ranks. "I started to spend 90 hours a week in the chat room," a user called Sudo, who became one of Skycoin's Telegram channel moderators, and who refused to tell me his name, messaged me. "They seen how active I was and offered me a job."

Lololol  04:48

Everything about this story is wrong  04:48

Like people are put in positions they never had

It's funny  04:48

Like I'm glad they are saying other people did things I did lol

YEET

 **Euclid's Coin Window (10% Mortality Rate Edition)**
310 members, 27 online

  

Daniel Estulin
Untitled

**Pinned message**
https://www.newyorker.com/tech/annals-of-technology/pumpers-dumpers-and-shills-the-sk...

 **Matti3**                                                                                       04:37
Smietana gave explicit instructions via voice messages: "You have to buy
prostitutes for the people at Binance," he said. "Get them, like, three girls each."

 **Jimmy Big boy**                                                                          04:47
People who proved their worth on Telegram often got pulled up the ranks. "I started
to spend 90 hours a week in the chat room," a user called Sudo, who became one
of Skycoin's Telegram channel moderators, and who refused to tell me his name,
messaged me. "They seen how active I was and offered me a job."

Lololol                                                                                                         04:48

Everything about this story is wrong                                                                            04:48

Like people are put in positions they never had                                                                 04:48

It's funny                                                                                                      04:48

Like I'm glad they are saying other people did things I did lol                                                 04:49

YEET                                                                                                            04:49

I can't imagine taking up 2 years of her life to write that story and it's mostly                               04:49
wrong and it doesn't even matter anymore

Skycoin has been dead for ever                                                                                  04:50

Aug 19, 2021 at 3:36 PM]                                                                                        04:50
She also fucked up referencing you for the Shill Team Six that worked under
Candyman.
 Aug 19, 2021 at 3:37 PM]
And accredited Bradford for taking the Twitter account hostage.

Lolol                                                                                                           04:50

Steve took the accounts hostage not Bradford                                                                    04:51

But I bet steve told her that                                                                                   04:51

Candyman worked for daddy Sudo                                                                                  04:51

                                                                                           04:51





# Appendix F: Steven Leonard Extortions



**Steve [Skycoin Interim President]**

Stop ignoring me. Pay me and Sudo the 100 bitcoin right now. Why is it taking so long?

If you want skycoin.net and cloudflare account back, send me the money before I destroy you. I am going to send the price to zero. If you dont pay me now, it will all be worthless. All of the investors are going to blame you and its your fault.

**Craig Wright**
online

who owns the domains?

**Craig Wright**                                                    16:46
Steve

**Synth**                                                    ✓✓ 16:46
Steve owns the domains?

**Craig Wright**                                                    16:46
Yes

**Synth**                                                    ✓✓ 16:46
Will Steve hand over the domains?

Unread messages

**Craig Wright**                                                    16:46
Yes if he's paid

You don't need to go thru all this bullshit just pay us and we hand      16:47
them over and leave you alone

You know we aren't trying to steal anything it's our leverage for         16:47
making you do the right thing in the first place

Steve has the domains and I have the means to endlessly cause you        16:48
drama which neither of us want

# Appendix G: Josh Ogle/Sudo Extortion



**Sudo Mediation Room**
2 members

**Josh Ogle**                                                                                    12:38

> **Synth**
> Many people hate sudo and they may have been sending me false material.

Ok, fair enough

@Sudo_TCPdump when you're back if you could answer the same questions above    12:39
it'd be helpful

**Deleted Account**                                                                              14:23

> **Josh Ogle**
> @Sudo_TCPdump when you're back if you could answer the same questions above i...

>No. Everything I said about Sudo, is true as far as I know.

This is 100% lies and he knows it

I'm done negotiating with this guy I told you it was useless he will see what's to come
now

>Most of them refused to respond when we messaged them to ask for their          14:26
perspective on the situation. All of the shills that responde were already moved to a
new team and already receive new salaries.

More lies

>Many people hate sudo and they may have been sending me false material.         14:27

Every lie was fabricated by synth they stunk like synth and nobody else

The offer is $500,000                                                          edited 14:28

Sudo: $100,000

6 shills: $66,000 each

Nothing more nothing less

Have until September 1st

**Josh Ogle**                                                                                    14:32
@haltingstate would you be willing to raise the amount you're offering to Sudo for him
and his guys to stop the leaks and fud?

You're offering $30k roughly, and sudo is asking for $500k.

Is there a higher number @haltingstate you'd be willing to go to, if paid in SKY (so
doesn't necessarily cost you anything per se), and @Sudo_TCPdump if he was willing



**You** at 10:39 PM

Ogle says I should have been making at least 3x what I was making a month that's $9,000

Take $9,000-$3,000(my pay) = $6,000 x 24(2 years) = $144,000

You are paying for me to stop all FUD that I only began after you started to smear my efforts for Skycoin for 2 years with lies to the community

You are paying for me to destroy every last bit of chat logs, voice messages, phone recordings, Skycoin forensics chat export, mandell documents etc (currently 4.6GB)

You are paying me to delete all telegram rooms I have

Lastly you are paying me to not speak about being paid to stop crashing the price of Skycoin with truths about you    edited 10:28 PM

I think it's more than fair to pay me $150,000 and I'll give 6 shills $50,000 to split and I'll take the $100,000

That averages my pay for 2 year out to ~$7,000/m which is $2,000 less than what josh ogle said I should have been making
10:30 PM

Message                Synth



# Appendix H: Staff Announcement

Official Annoucement: (Sudo, dont delete this)

Skycoin staff were alerted to large coin balances that were being dumped and driving down the price. We investigated and found the coins originated from distribution wallets so the theft was internal and eventually traced the stolen coins to the Chinese marketing team (who was doing invoice fraud).

We hired an accountant and they found even more theft and fraud, even lying about employee salaries and skimming the money. We even found the managers of the marketing team stealing the Skycoin bonuses of the employees.

We confronted the marketing team about the theft and they were unapologetic and felt entitled to the stole money. One of them said "When you eat at the restaurant and you order vegetables, you do not ask how much the restraunt paid for the vegetables". The marketing team also said "We work for ourselves, not for Skycoin", despite being on salary.

As soon as the marketing team knew we were aware of the stolen coins, they immediately began massive dumping of the stolen coins.

Steve secretly intiated a hard fork to freeze the stolen coins and end the dumping, to protect the Skycoin investors until we could determine the situation.

After Steve froze the coins, they showed up with 9 people and 5 gang members to my home and kidnapped and threanted me ("Give us 10,000 Bitcoin or we will kill you.") and held me hostage for over 8 hours.

After the kidnapping we unlocked the coins until all Skycon staff were safe.

Then the thieves started massive dumping of previously stolen

Steve secretly intiated a hard fork to freeze the stolen coins and end the dumping, to protect the Skycoin investors until we could determine the situation.

After Steve froze the coins, they showed up with 9 people and 5 gang members to my home and kidnapped and threanted me ("Give us 10,000 Bitcoin or we will kill you.") and held me hostage for over 8 hours.

After the kidnapping we unlocked the coins until all Skycon staff were safe.

Then the thieves started massive dumping of previously stolen coins on the market.

After all the staff are safe, the accounts with the stolen funds were frozen on the exchanges.

We will be releasing an official press release soon and may do detailed interview about the situation, how it was detected and about how we have changed policies to improve in the future.

Everyone is safe now. We actually did pretty well on the market too. Even during the dump if the stolen coins we had an an early investor sell over 100,000 coins over a day and price did not even drop.

So I am confident the price will recover and spring back quickly

However there is still danger to the Skycoin staff and we are dealing with it.                                        2:25 PM

This is my official announcement    2:25 PM

and the other official announcement is coming in a few hours
                                                            2:26 PM



# Appendix I: Out of Context Chats

The media is retarded. They are still writing articles about the "insider trading" of cat memes, fake news.

Quick, someone photoshop video of me being beheaded by ISIS and see if you can get them to write an article about it. "Kittycash CEO beheaded by ISIS after SEC investigation".

edited 2:50 PM ✓✓



**Deleted Account**                    Reply
  **Deleted Account**
  100000 sky club?
@skycoinstrading        11:10 AM

**Deleted Account**
  **Deleted Account**
  @skycoinstrading
thanks 😉        11:10 AM

**Deleted Account**
  **Deleted Account**
  @skycoinstrading
Is that where we do the insider trading        11:10 AM

**Secret Island**
Holy jesus.  I've spent too much time in this padded room to notice.
Sky is in the $6 range!   Muahahahahahahaaaaaa        11:11 AM

**Deleted Account**
we have a new insider group        11:11 AM

need to join @KittyCash and find the new insider group link        11:11 AM

**Secret Island**
Can I join please?  You can have my wife        11:11 AM

**Deleted Account**
  **Deleted Account**
  need to join @KittyCa...
Join everyone        11:11 AM

Major ann soon        11:11 AM





**Deleted Account**                                            Reply
DA  The "insider" group is just a swap meet for memes, lol.    8:22 AM

**Deleted Account**                                            Reply
DA
  **Deleted Account**
  I'm new to skycoin. What's all the fud about?

Sarcastic voice message was distorted and taking out of context. A group with cat memes is now being called an insider trading group

                                                               8:23 AM

# Appendix J: Altcoin

# **Altcoins**

## Alternate cryptocurrencies - bitcoin alternatives

- **Home**
- **Altcoin Exchange** »
- **Online Miners**
- **Bitcoin Faucet**
- **Tracking**
- **Scamcoins**
- **News** »

## Scamcoins

Beware of **scamcoins**! Premine, instamine, hidden launch – those coins were created in "get rich quick" scheme in order to make money only by their creators and small group involved in instamine or premine.
Do not use these coins, let them fall into limbo. Using them it's waste of your time and CPU/GPU power.

### List of scamcoins – do not use:

- PXC Phenixcoin: premined 1,000,000 coins

- BTB Bitbar – premined by small group of coin creators

- MNC Mincoin – started with no binaries and 25000% reward blocks

- GLD Goldcoin – 2000% superblocks at start (3.2% instamine)

- AMC Americancoin- premined with 6.5k-14k blocks giving zero reward

- LKY LuckyCoin – superblocks at start, random superblocks

- MEM MEMEcoin –  premined, superblocks

- ARG Argentum – premined

- StableCoin – 1,200,000 premined

- NUG Nuggets – premined

- CDC Cloudcoin- 1,000,000 premined, random blocks

- CENT Pennies – hidden launch

- SYC Skycoin – premined
- CL Copperlark – massively premined
- NAN NanoTokens – premined
- MST MasterCoin – premined
- USC UScoin – premined
- GIL – premined
- RCH RichCoin – premined
- XNC XenCoin – premined
- REC RealCoin – premined
- RED Recoin – 1,000,000 premined
- ALF Alphacoin – premined
- One Last Coin – premined
- ORB Orbitcoin – 66% premined
- NUC Nucoin – premined

Source: *xorxor's list of all cryptocurrencies at bitcointalk forum.*