IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| **BRANDON SMIETANA, et al,** )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>**BRADFORD STEPHENS, et al.,** )<br>)<br>*Defendants.* )<br>) | Case No.: 1:22-CV-00708<br><br>Honorable Judge Sara L. Ellis |

### NOTICE OF FILING

TO: Michael C. Goode
Michael C. Goode & Co.
111 West Washington St, Ste 1750
Chicago, IL 60602
lawoffice_mcgoode@yahoo.com

PLEASE TAKE NOTICE THAT on October 18, 2022, the undersigned caused the following **DEFENDANT RYAN EAGLES'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) and 12(b)(1)**, to be electronically filed with the Northern District of Illinois Clerk of the Court, a copy of which is attached.

Respectfully Submitted,

/s/ Dean Barakat
*One of Plaintiff's Attorneys*

**Cole Sadkin, LLC**
Mason S Cole
Dean Tattoles

1

Dean Barakat
Mark Johnson
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
P: (312) 548-8610
ARDC: 6255594
dbarakat@colesadkin.com

**CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that on October 18, 2022 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach