**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| **BRANDON SMIETANA, et al,** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:22-CV-00708_____ |
| | ) | |
| **BRADFORD STEPHENS, et al.,** | ) | |
| | ) | Honorable Judge Sara L. Ellis |
| *Defendants.* | ) | |
| | ) | |

---

## NOTICE OF FILING

TO:    Michael C. Goode
        Michael C. Goode & Co.
        111 West Washington St, Ste 1750
        Chicago, IL 60602
        lawoffice_mcgoode@yahoo.com

PLEASE TAKE NOTICE THAT on October 18, 2022, the undersigned caused the following

**DEFENDANT BRADFORD STEPHEN'S MOTION TO DISMISS PLAINTIFF'S**

**AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**and 12(b)(1),** to be electronically filed with the Northern District of Illinois Clerk of the Court, a

copy of which is attached.

Respectfully Submitted,

/s/ Dean Barakat
*One of Plaintiff's Attorneys*

**Cole Sadkin, LLC**

Mason S Cole
Dean Tattoles
Dean Barakat
Mark Johnson
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
P: (312) 548-8610
ARDC: 6255594
dbarakat@colesadkin.com

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that on October 18, 2022 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach