# Exhibit A



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

Max Maxfield, WY Secretary of State
FILED: 10/14/2011 03:32 PM
ID: 2011-000609955

# Limited Liability Company
## Articles of Organization

1. Name of the limited liability company:

   Far Ahead Marketing, LLC

2. Name and physical address of its registered agent:
   *(The registered agent may be an individual resident in Wyoming, a domestic or foreign entity authorized to transact business in Wyoming, having a business office identical with such registered office. **The registered agent must have a physical address in Wyoming.** A Post Office Box or Drop Box is not acceptable. If the registered office includes a suite number, it must be included in the registered office address.)*

   Corporation Service Company
   1821 Logan Avenue
   Cheyenne, WY 82001

3. Mailing address of the limited liability company:

   1 Irving Place, G18G
   New York, NY 10003

4. Principal office address:

   1 Irving Place, G18G
   New York, NY 10003

**Signature:** *(Shall be executed by an organizer.)*

**Date:** 10/7/2011 *(mm/dd/yyyy)*

**Print Name:** Amanda J. Beren

**Contact Person:** Amanda J. Beren

**Daytime Phone Number:** 888-449-2638    **Email:** aberen@corpnet.com

**Other Requirements:**

- An annual report will be due annually on the first day of the anniversary month of formation. If not paid within sixty (60) days from the due date, the entity will be subject to dissolution/revocation.

LLC-ArticlesOrganization - Revised 07/01/2010



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

## Consent to Appointment by Registered Agent

I, **Corporation Service Company**
*(name of registered agent)*
, registered office located at

**Corporation Service Company**
**1821 Logan Avenue**
**Cheyenne, WY 82001**
*(registered office physical address, city, state & zip)*

voluntarily consent to serve as the registered agent for _____
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _[signed]_     (Shall be executed by the registered agent.)     Date: 10/6/11  (mm/dd/yyyy)

Print Name: Lamont W Jones, Assistant VP     Daytime Phone: (888) 449-2638

Title: _____     Email: aberen@corpnet.com

Registered Agent Mailing Address
(if different than above):

---

*If this is a new address, complete the following:

Previous Registered Office(s): _____

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____     (Shall be executed by the registered agent.)     Date: _____ (mm/dd/yyyy)

**Checklist**
☐ Submit one **originally signed** consent to appointment and one exact photocopy.

RAConsent – Revised 10/21/2009