UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:22-cv-00708 |
| v. | ) ) ) | Honorable Sara L. Ellis |
| BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, FAR AHEAD MARKETING, LLC., JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGEN PECK, CATHERINE BYERLY, STEVEN LEONARD, JOSHUA OGLE, CONDÉ NAST d/b/a THE NEW YORKER, THE NEW YORKER, and UNKNOWN INDIVIDUALS AND COMPANIES | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND NEW PARTY NAMES IN AMENDED COMPLAINT AT LAW

NOW COME Plaintiffs, BRANDON SMIETANA ("Smietana"), SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore Company, and SYMBOLIC ANALYTICS, INC., a Delaware Corporation ("SA"), by and through their attorneys, The Law Office of Michael C. Goode, for their Complaint against Defendants, Bradford Stephens, Aaron Kunstman, Harrison Gevirtz f/k/a "HaRRo", Ryan Eagle, Far Ahead Marketing, LLC., Joel Wayne Cuthriell f/k/a "JOEL", f/k/a "Caribou", Morgen Peck, Catherine Byerly, Steven Leonard, Joshua Ogle, Condé

Nast d/b/a The New Yorker, The New Yorker, and *UNKNOWN INDIVIDUALS AND COMPANIES,* states as follows:

1. Plaintiffs submitted an Amended Complaint at Law on Septmeber 20, 2022.

2. The Amended Complaint included two new named defendants: Condé Nast d/b/a The New Yorker and The New Yorker.

3. To execute proper service upon the additional Defendants, Plaintiffs request leave of Court to Amend the new party names October 19, 2022.

4. The amendments will not affect any substantive matter of the complaint, but will only address the name change.

5. Condé Nast d/b/a The New Yorker will be properly referred to as American Publishers, Inc. d/b/a Condé Nast.

6. The New Yorker will be properly referred to as American Publishers, Inc. d/b/a Condé Nast d/b/a The New Yorker Magazine.

7. Plaintiffs' counsel has discussed the above with the attorneys of record for Defendants, who do not object.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an order allowing Plaintiffs to leave to Amend the New Party Names of their Complaint at Law originally submitted on September 20, 2022.

DATED: October 19, 2022　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Michael C. Goode___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
[Lawoffice_mcgoode@yahoo.com](Lawoffice_mcgoode@yahoo.com)