UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Skycoin Global Foundation Limited, et al.
                         Plaintiff,
v.                                                  Case No.: 1:22–cv–00708
                                                   Honorable Sara L. Ellis
Bradford Stephens, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for leave to amend the new party names [57]. The Court sets the following briefing schedules on Defendants' motions to dismiss [51], [52], [53, [54]: Plaintiffs' responses are due by 12/16/2022; Defendants' replies are due by 1/6/2023. The Court stays discovery pending ruling on Defendants' motions to dismiss. The Court strikes the status date set for 10/26/2022 and resets it to 4/5/2023 at 9:30 a.m. for ruling on the motions. The Court orders Plaintiffs to file a status report on the status of service of the remaining Defendants by 11/30/2022. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (866) 434–5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.