BRANDON SMIETANA and )
SKYCOIN GLOBAL FOUNDATION LIMITED, )
a Singapore company, and SYMBOLIC )
ANALYTICS INC. a Delaware Corporation )
)
     Plaintiffs, )
)
v. )
) Case No.: 1:22-cv-00708
BRADFORD STEPHENS, et al., )
)
     Defendants. )

## PLAINTIFF'S STATUS REPORT RE: STATUS OF SERVICE & MOTION FOR ALTERNATIVE SERVICE

NOW Come the Plaintiffs, BRANDON SMIETANA and SKYCOIN GLOBAL

FOUNDATION LIMITED and SYMBOLIC ANALYTICS INC., by and through their counsel,

Michael C. Goode, Michael C. Goode & Company, and moves this Honorable Court for entry of

an Order granting alternative service upon Defendants, Aaron Kunstman, Harrison Gevirtz,

Morgen Peck, Steven Leonard and Joshua Ogle. In support of their motion, plaintiffs state as

follows:

1. This matter was filed on February 8, 2022.

2. That Plaintiff placed the Summons and Complaint with his special process service,

Attorney Judicial Services, for service on Defendant, **AARON KUNSTMAN.**

3. Defendant, Aaron Kunstman, was served in Sheboygan, Wisconsin on March 16,

2022. (See Exhibit "A").

4. After March 16, 2022, Plaintiff was advised by Mr. Kunstman that the wrong Aaron

Kunstman was served and that he was in fact a welder and knew nothing about cryptocurrency.

5. A name skip trace showed an Aaron Kunstman at 1683 Humboldt, Milwaukee,

Wisconsin, and service was attempted multiple times unsuccessfully. (See Exhibit "B").

6. An Alias Summons was issued, but when service was attempted, the landlord stated to the process server that he "kicked Aaron Kunstman out a year and a half ago." See Exhibit "C".

7. Further research as of November 29, 2022, on "Been Verified" shows that Aaron Kunstman is currently residing at the 1683 Humboldt address with an email at EARNCRYPTO1@GMAIL.COM. See Exhibit "B".

8. Based on the email name associated with Aaron Kunstman at 1683 Humboldt, Milwaukee, Wisconsin, it is highly unlikely that this is not the correct Aaron Kunstman.

9. It is Plaintiffs' belief and suspicion that the "landlord" who stated he "kicked Aaron Kunstman out" was untruthful and that he does in fact still reside at 1683 Humboldt, Milwaukee, WI.and based upon the physical description, could in fact be Aaron Kunstman.

10. As it is believed that Aaron Kunstman is evading service of process, plaintiff respectfully requests alternative service upon Defendant, Aaron Kunstman via email and/or publication and/or other alternative means deemed appropriate by this Honorable Court.

11. That Plaintiff placed the Summons and Complaint with his special process service, Attorney Judicial Services, for service on Defendant, **HARRISON GEVIRTZ.**

12. That multiple attempts have been made at Defendant, Harrison Gevirtz' residence in New York and then to 18 10th Street, Apt. 1133, San Francisco, CA. without success. (See Group Exhibit "D")

13. That upon information provided by investigators at Attorney Judicial Services, and belief, Harrison Gevirtz' current residence was believed to be at 18362 N. 94th Place, Scottsdale, Arizona (See Exhibit "E") and service was unsuccessfully effectuated after multiple . (See

clear that Plaintiffs did not have the correct Joshua Ogle, and that Defendant Joshua Ogle was not at the location described in the Complaint or the summons. However, Mr. Morello would not disclose the whereabouts of Defendant Joshua Ogle, nor would he accept waiver of service of summons on Defendant Joshua Ogle's behalf.

23. On June 17, 2022, Plaintiffs filed a motion for default judgment as to Defendant Joshua Ogle, which the Court denied. On October 18, 2022, Defendant Far Ahead Marketing, again, filed a motion to dismiss, accompanied by a declaration signed by Joshua Ogle.

24. Plaintiffs are still unable to locate the whereabouts of Defendant Joshua Ogle. Counsel for Far Ahead Marketing has information and contacts with Joshua Ogle but will not disclose it.

25. As it is believed that Joshua Ogle is evading service of process, Plaintiffs respectfully request alternative service upon Defendant, Joshua Ogle through counsel for Joshua Ogle's company, Far Ahead Marketing or other alternative means deemed appropriate by this Honorable Court.

26. That Plaintiffs placed the Summons and Complaint with his special process service, Attorney Judicial Services, for service on Defendant, **MORGAN PECK.**

27. That Plaintiffs placed Summons and Alias Summons with its special process server with Attorney Judicial Services, and after multiple attempts at multiple addresses, service has not been effectuated. (See Group Exhibit "K").

28. As Plaintiffs are unable to effectuate service at 76 Canal Street, Floor 5, Chicago, IL. and all searches show that to be their residence, alternative service is respectfully requested. (See Exhibit "L").

29. Newly named Defendant, American Publishers, d/b/a Conde Naste, d/b/a The New Yorker was served November 30, 2022 through Attorney Judicial. (See Exhibit "M").

WHEREFORE, Plaintiffs, BRANDON SMIETANA and SKYCOIN GLOBAL

FOUNDATION LIMITED and SYMBOLIC ANALYTICS INC., submits this as its Status of

Service of Defendants and pray for the entry of an Order granting alternative service upon Aaron

Kunstman, Morgan Peck, Steven Leonard, Joshua Ogle and additional time in which to serve

Harrison Gevirtz at his address in Santa Barbara, CA. as aforesaid, or for whatever other relief

this Honorable Court deems appropriate.

By: /s/ Michael C. Goode
One of His Attorneys

Michael C. Goode
111 W. Washington Street
Suite 1750
Chicago, IL. 60602
Tel.: 312/541-1331
Lawoffice_mcgoode@yahoo.com

# EXHIBIT A

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case #: 22-cv-00708

| | |
|---|---|
| **Brandon Smietana, et al** | Plaintiff |
| vs. | |
| **Bradford Stephens, et al** | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

## Summons & Complaint; Civil Cover Sheet

| | |
|---|---|
| PARTY SERVED: | **AARON KUNSTMAN** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **AARON KUNSTMAN** |
| DATE & TIME OF DELIVERY: | **03/16/2022 at 7:36 PM** |
| ADDRESS, CITY AND STATE: | **2101 N. 13TH ST, SHEBOYGAN, WI 53081** |
| DESCRIPTION: | Race: **White**  Sex: **Male**  Age: **30**  Height: **5'10"**  Weight: **160**  Hair: **Brown**  Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/17/2022.

Signature: _____ *Shawn Lamb*
Shawn Lamb

CLIENT: **Michael C. Goode & Company**
FILE #:

# EXHIBIT B

**High Call Volume** We are currently experiencing a higher than normal volume of calls causing increased wait times. Please use our chat option or email us directly at support@beenverified.com to avoid long wait times.

Dismiss

♡ Save                    △ Monitor                    ☐ PDF                    🐾 List                    ··· More

# Aaron M Kunstman

Age 34 years old

Born April 1988

Location Milwaukee, WI

Aliases    Aaron Kunstman

📇 Add to Address Book

Monitor this report to receive updates

Turn monitoring on



| High Confidence Data Only ❓ | ✓ |
|---|---|
| 🏠 1683 N Humboldt Ave<br>Milwaukee, WI 53202 | View 6 more |
| 📞 (920) 284-8896 | View 4 more |
| ✉ EARNCRYPTO1@GMAIL.COM | View 8 more |
| ♥ 5 relatives found<br>NOTE: Spouses may appear as relatives | View relatives |
| 🏛 Check for Criminal or Traffic records | View details |
| ◄ 2 social networks identified | View details |

📷 2 possible photos found

☰ Overview            Is this accurate?            ∧ ∨

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 22-cv-00708

**Brandon Smietana, et al**

Plaintiff

vs.

**Bradford Stephens, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Aaron Kunstman**, at **1683 N. Humboldt Ave, Milwaukee, WI 53202**, with the **Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 03/24/2022 | 09:01 PM | No answer at door, package on porch addressed to defendant. |
| 03/26/2022 | 02:27 PM | No answer at door, package gone. This is a two-family property, no answer at either address. |
| 03/28/2022 | 07:52 PM | No answer at either door, no activity seen. |
| 03/31/2022 | 01:20 PM | No answer at either door, no activity seen. |
| 04/02/2022 | 05:15 PM | No answer at either door, no activity seen. |
| 04/03/2022 | 09:45 AM | No answer at either door, no activity seen. Left a call-back card in door. |
| 04/05/2022 | 08:42 PM | No answer at either door, someone looking out upstairs window. Call-back card is gone. |
| 04/06/2022 | 10:36 AM | No answer at either door, no activity seen. |
| 04/11/2022 | 09:06 PM | Lights on, no answer at either door. Never received a call-back. |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 4/12/2022.

Signature: _____ *William Wandschneider*

William Wandschneider

# EXHIBIT C

# CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 2: -cv-00708

---

**Brandon Smietana, et al**

Plaintiff

vs.

**Bradford Stephens, et al**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Aaron Kunstman**, at **1683 N. Humboldt Ave, Milwaukee, WI 53202**, with the **Alias Summons & Complaint; Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

05/19/2022    10:00 AM    Spoke to the Landlord who stated he kicked the defendant out over a year and a half ago.

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/19/2022.

Signature: _____
Jay Myhre

---

Home Job Search Invoice Search Logout

┌─ General Information ─────────────────────────────────────────

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #492569
- Received Date05/04/2022
- Documents to be servedAlias Summons & Complaint; Civil Cover Sheet
- Court Date/Time -

┌─ Case Information ─────────────────────────────────────────────

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToAaron Kunstman
- Service Address1683 N. Humboldt Ave Milwaukee, WI 53202

┌─ Service Information ──────────────────────────────────────────

- StatusClosed
- Date/Time Served05/19/2022 - 10:00 AM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process Server

┌─ Service Attempts ────────────────────────────────────────────

- Date/TimeNote
- 
- 5/19/2022 10:00 AM  Spoke to the Landlord who stated he kicked the defendant out over a year and a half ago.

┌─ Message Area ────────────────────────────────────────────────

Submit

- Date/TimeFromMessage

┌─ Attachments ─────────────────────────────────────────────────

- Judicial Affidavit
- Invoice #: 279886

| Total Amount Due: $0.00
Date Billed: 05/19/2022 | Total Payments: $139.00

- 492569 signed non service affidavit.com.pdf
-

# EXHIBIT D

Home Job Search Invoice Search Logout

┌─ General Information ─

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #488696
- Received Date03/22/2022
- Documents to be servedSummons & Complaint; Civil Cover Shee
- Court Date/Time -

┌─ Case Information ─

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToHarrison Gevirtz
- Service Address245 W. 25th St. New York, NY 10001

┌─ Service Information ─

- StatusClosed
- Date/Time Served03/25/2022 - 01:55 PM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process ServerHusam Naser

┌─ Service Attempts ─

- Date/TimeNote
- 
- 03/25/2022 1:55 PM  This is a 6 story, 67 unit building (The Arthur NYC). Unknown per door man. Never heard of the defendant before. No unit number provided.

┌─ Message Area ─

Submit

- Date/TimeFromMessage

┌─ Attachments ─

- Judicial Affidavit
- Invoice #: 278025

| Total Amount Due: $0.00
Date Billed: 03/27/2022 | Total Payments: $146.35

- Affidavit - 488696 63115.pdf
-

Home Job Search Invoice Search Logout

## General Information

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #489419
- Received Date04/05/2022
- Documents to be servedAlias Summons & Complaint; Civil Cover Sheet
- Court Date/Time -

## Case Information

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToHarrison Gevirtz
- Service Address18-10th St., #1133 San Francisco, CA 94103

## Service Information

- StatusClosed
- Date/Time Served04/23/2022 - 8:33 PM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process Server

## Service Attempts

- Date/TimeNote
- 
- 4/8/2022 3:10 PM  Front desk called up to unit, no response. Would not allow access.
- 
- 4/13/2022 6:30 PM  Front desk called up to unit, no response. Would not allow access.
- 
- 4/19/2022 12:36 PM  Was allowed access to the unit. Knocked and rang bell, no response.
- 
- 4/15/2022 2:05 PM  Front desk called up to unit, no response. Would not allow access.
- 
- 4/23/2022 8:33 PM  Security said that the subject has not lived there for 6 months. Mentioned that he is still in the system, has not been removed. Leasing office 415-552-NEMA.

## Message Area

Submit

- Date/TimeFromMessage

Attachments

- Judicial Affidavit
- Invoice #: 279153 | Total Amount Due: (Pay Now)
  Date Billed: 04/27/2022 | Total Payments:

- 489419 signed non service affidavit.com.pdf
-

# EXHIBIT E

## Harrison Gevirtz

### Bonnie Luttrell

Wed 5/4/2022 2:46 PM

To: synth <synth@skycoin.com>

See email below.  He is in Arizona

Bonnie Luttrell, Legal Assistant
**BARNEY & KARAMANIS, LLP.**
180 N. Stetson, Suite 3050
Chicago, IL. 60601
Phone: (312) 553-5300
Fax: (312) 344-1901

-------- Original Message --------
Subject: Re: Service on Harrison Gevirtz - Our file # 489419
From: "Judicial Attorney Services, Inc." <office@processserver.pro>
Date: Wed, May 04, 2022 2:44 pm
To: Bonnie Lynn <blgoodelaw@gmail.com>
Cc:

It's true.  His SSN has not reported here since 2020:

| | | |
|---|---|---|
| ◊ 18 10TH ST APT 1133 | Experian | 11/19/2013 - 10/13/2020 |
| SAN FRANCISCO, CA | Experian Gateway | 11/19/2013 - 10/13/2020 |
| 94103 | Equifax | 02/01/2014 - 09/30/2020 |
| SAN FRANCISCO | Household Listing | 01/01/2019 - 12/31/2019 |

Here is what coming us as current:

| | | |
|---|---|---|
| ◊ 18362 N 94TH PL | Experian | 01/01/2021 - 03/09/2022 |
| SCOTTSDALE, AZ 85255- | Experian Gateway | 01/01/2021 - 03/09/2022 |
| 5001 | Vehicle | 04/01/2021 - 01/01/2022 |
| MARICOPA COUNTY | Equifax | 01/01/2021 - 01/31/2021 |



JUDICIAL ATTORNEY SERVICES INC.

**Illinois - Indiana - Arizona - Delaware**
*New check payment mailing address: PO Box 583, Geneva, IL 60134
p: **(630) 221-9007** or **(877) 659-3448**
w: **www.ProcessServer.pro**
**office locations**

On Wed, May 4, 2022 at 2:27 PM Bonnie Lynn <blgoodelaw@gmail.com> wrote:
I can't say I really believe this security guard who states on 4/13 that they didn't live
there for 6 months.  You would think they would have been told that on 4, 8, 4/13, 4/15
and 4/19......

Can you skip this guy and see if you come up with utilities moved or a new address in
last 6 months?

# EXHIBIT F

Home Job Search Invoice Search Logout

┌─ General Information ─────────────────────────────

- Client Michael C. Goode & Company
- Contact Person Michael C. Goode
- Client Ref #
- Judicial Tracking #495611
- Received Date 06/09/2022
- Documents to be served Alias Summons & Complaint; Civil Cover Sheet
- Court Date/Time -

┌─ Case Information ─────────────────────────────

- Case Number 22-cv-00708
- Plaintiff Brandon Smietana, et al
- Defendant Bradford Stephens, et al
- Serve To Harrison Gevirtz
- Service Address 18362 N. 94th Place Scottsdale, AZ 85255

┌─ Service Information ─────────────────────────────

- Status Closed
- Date/Time Served 06/18/2022 - 08:15 PM
- Method of Service Non Service
- Person Served
- Relationship
- Service Comments
- Description Age: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process Server Keith E Blanchard

┌─ Service Attempts ─────────────────────────────

- Date/Time Note
- 
- 06/11/2022 8:02 PM No answer. Lights on in house. As stated prior there is a Ringbell and numerous video cameras around the property.
- 
- 06/14/2022 7:57 PM No answer . No vehicles. There is a trash can out front by the carport.
- 
- 06/18/2022 8:15 PM No answer and no vehicles in the driveway. Shutters are closed. I tried knocking on the door before using the Ringbell, but still no answer. May need to consider surveilling the house.

┌─ Message Area ─────────────────────────────

[ Submit ]

- Date/TimeFromMessage

─ Attachments ─

- Judicial Affidavit
- Invoice #: 280892
  | Total Amount Due: $0.00
  Date Billed: 06/21/2022 | Total Payments: $139.00

- 495611 signed affidavit of service.pdf
-

# EXHIBIT G

High Call Volume We are currently experiencing a higher than normal volume of calls causing increased wait times. Please use our chat option or email us directly at support@beenverified.com to avoid long wait times.

Dismiss

♡ Save                    △ Monitor                    ⊘ PDF                    🐷 List                    ⋯ More

# Harrison D Gevirtz

Age 39 years old

Born June 1983

Location Santa Barbara, CA

Aliases    Harrison Gevirtz    Gevirtz Harrison    +6 more

📕 Add to Address Book

Monitor this report to receive updates

Turn monitoring on

High Confidence Data Only ❓                                                                                    ✓

🏠 1426 Shoreline Dr                                                                                    View 14 more
   Santa Barbara, CA 93109

📞 (813) 600-9374                                                                                    View 10 more

✉ GEVIRTZMEDIA@GMAIL.COM                                                                            View 21 more

❤ 6 relatives found                                                                                    View relatives
   NOTE: Spouses may appear as relatives

🏛 Check for Criminal or Traffic records                                                            View details

◁ 9 social networks identified                                                                        View details

📷 1 possible photo found





# EXHIBIT H

Take advantage of features included with your account

✔ Complete now

# Steven Andrew Leonard

Age 33 years old

Born September 1988

Location Parrish, FL

Aliases Steven Leonard, Steven A Leonard <u>View 2 more</u>

📇 <u>Add to Address Book</u>

Monitor this report to receive updates

Turn monitoring on

| | |
|---|---|
| High Confidence Data Only ❓ | ✓ |
| 🏠 4324 85th Avenue Cir E<br>Parrish, FL 34219 | <u>View 5 more</u> |
| 📞 (716) 794-1060 | <u>View 1 more</u> |
| ✉ K4LEO1@YAHOO.COM | <u>View 1 more</u> |
| ❤ 7 relatives found<br>NOTE: Spouses may appear as relatives | <u>View relatives</u> |
| 🏛 Check for Criminal or Traffic records | <u>Learn more</u> |
| ◀ No social media found | <u>Learn more</u> |
| 📷 No photos found | |

## Is this you?

 Relatives

# EXHIBIT I

Home Job Search Invoice Search Logout

┌─ General Information ────────────────────────

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #487427
- Received Date03/10/2022
- Documents to be servedSummons & Complaint; Civil Cover Shee
- Court Date/Time -

┌─ Case Information ────────────────────────

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToSteven Leonard
- Service Address4324 85th Avenue Circle E Parrish, FL 34219

┌─ Service Information ────────────────────────

- StatusClosed
- Date/Time Served03/12/2022 - 1:20 PM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process Server

┌─ Service Attempts ────────────────────────

- Date/TimeNote
- 
- 3/12/2022 1:20 PM  I spoke to the defendants uncle, Dave Buccellato, who said the defendant currently lives in Singapore.

┌─ Message Area ────────────────────────

Submit

- Date/TimeFromMessage

┌─ Attachments ────────────────────────

- Judicial Affidavit
- Invoice #: 277752

| Total Amount Due: $0.00
Date Billed: 03/17/2022 | Total Payments: $1,293.15

- 487427 signed non service affidavit.com.pdf
-

# EXHIBIT J

## CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 22-cv-00708

| | |
|---|---|
| **Brandon Smietana, et al** | Plaintiff |
| vs. | |
| **Bradford Stephens, et al** | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Civil Cover Sheet**

| | |
|---|---|
| PARTY SERVED: | **JOSHUA OGLE** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **JOSHUA OGLE** |
| DATE & TIME OF DELIVERY: | **3/12/2022 at 2:43 PM** |
| ADDRESS, CITY AND STATE: | **20326 COHASSET ST. #3, WINNETKA, CA 91306** |
| DESCRIPTION: | Race: **White**  Sex: **Male**  Age: **36**  Height: **5'11"**  Weight: **175**  Hair: **Brown**  Glasses: **No** |



Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/14/2022.

Signature: _____

Jim Sands

Registration No: 914

# EXHIBIT K

Home Job Search Invoice Search Logout

### General Information

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #487426
- Received Date03/10/2022
- Documents to be servedSummons & Complaint; Civil Cover Shee
- Court Date/Time -

### Case Information

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToMorgan Peck
- Service Address76 Canal St New York, NY 10002

### Service Information

- StatusClosed
- Date/Time Served03/14/2022 - 01:46 PM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process ServerHusam Naser

### Service Attempts

- Date/TimeNote
- 
- 03/14/2022 1:46 PM  Unknown per tenants on the 2nd and 3rd floor. Also spoke to the manager of the salon on the ground floor and the defendant is unknown.

### Message Area

Submit

- Date/TimeFromMessage

### Attachments

- Judicial Affidavit
- Invoice #: 277752

| Total Amount Due: $0.00
Date Billed: 03/17/2022 | Total Payments: $1,293.15

- 487426 signed affidavit of service.pdf
-

 Gmail

Bonnie Lynn <blgoodelaw@gmail.com>

## Service on Morgan Peck - Our file # 487426

1 message

**Judicial Attorney Services Inc.** <office@processserver.pro>
To: blgoodelaw@gmail.com

Tue, Mar 15, 2022 at 5:52 AM

Attempt: 03/14/2022 1:46 PM Unknown per tenants on the 2nd and 3rd fl

Also spoke to the manager of the salon on the ground floor and the defendant is unknown

Sincerely,

Bob Fairbanks
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
Phone: (630) 221-9007
office@ProcessServer.pro

Home Job Search Invoice Search Logout

General Information

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #488516
- Received Date03/18/2022
- Documents to be servedSummons & Complaint; Civil Cover Sheet
- Court Date/Time -

Case Information

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToMorgan Peck
- Service Address431 Riverside Dr New York, NY 10025

Service Information

- StatusClosed
- Date/Time Served03/28/2022 - 07:55 PM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Ha r: , Glasses: No
- Process ServerHusam Naser

Service Attempts

- Date/TimeNote
-
- 03/28/2022 7:55 PM  Made contact with a female resident (W/F/4 ), black hair , 5'5, 145 lbs) who stated the defendant is unknown to her and does not live here.

Message Area

Submit

- Date/TimeFromMessage

Attachments

- Judicial Affidavit
- Invoice #: 278630

| Total Amount Due: $0.00
Date Billed: 04/12/2022 | Total Payments: $285.35

- 488516 signed affidavit of service.pdf
-

 Gmail                                                    Bonnie Lynn <blgoodelaw@gmail.com>

# Judicial Attorney Services has completed your request for service

1 message

Judicial Attorney Services Inc. <office@processserver.pro>                Tue, Mar 29, 2022 at 6:54 AM
To: blgoodelaw@gmail.com

**NOTE: THIS IS AN AUTOMATED MESSAGE - SAVE FOR IMPORTANT
STATUS LINKS**

**Judicial Attorney Services, Inc. has completed service on the following case(s):**

**Judicial Job #:** 488516
**Client Ref #:**
**Case:** Brandon Smietana, et al v. Bradford Stephens, et al
**Case #:** 22-cv-00708

**Service Date:** 03/28/2022 at 07:55 PM
**Method of Service:** Non Service
**Party Being Served:** Morgan Peck
**Person Served:** ,
**Service Address:** 431 Riverside Dr, New York, NY 10025
**Description:**

**Server Name:** Husam Naser
**Server License #:** 2034396

**Service Comments:**
-----------------------------------------------------------------------------------

The affidavit(s) are typically emailed and/or mailed out within 1 business day (if originals are required). You can log into your
account at JudicialStatus.com to view and printout affidavit(s), obtain invoices and check prior payments.

Your account login information is below:

**User Name:**
**Password:**

If prepayment was not sent or a balance is due on this service you may pay by Visa, Mastercard, American Express or Discover.
Please click here to be transferred to the secure payment page. We also accept electronic payment through Chase QuickPay or any
Zelle supported bank to this email address.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
Phone: (630) 221-9007
office@ProcessServer.pro

Home Job Search Invoice Search Logout

## General Information

- ClientMichael C. Goode & Company
- Contact PersonMichael C. Goode
- Client Ref #
- Judicial Tracking #492924
- Received Date05/10/2022
- Documents to be servedAlias Summons & Complaint; Civil Cover Sheet
- Court Date/Time -

## Case Information

- Case Number22-cv-00708
- PlaintiffBrandon Smietana, et al
- DefendantBradford Stephens, et al
- Serve ToMorgan Peck
- Service Address76 Canal St., 5th Floor New York, NY 10002

## Service Information

- StatusClosed
- Date/Time Served06/03/2022 - 08:50 AM
- Method of ServiceNon Service
- Person Served
- Relationship
- Service Comments
- DescriptionAge: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses: No
- Process ServerHusam Naser

## Service Attempts

- Date/TimeNote
- 
- 05/18/2022 1:57 PM  Multi unit building. No names on bell. No doorman. No answer at door.
- 
- 05/20/2022 6:18 PM  No answer at door.
- 
- 05/23/2022 9:38 AM  No answer at the door. Only answer is on the 3rd floor and they don't know who lives on the 5th floor.
- 
- 06/03/2022 8:50 AM  No answer. Left note with my number.
- 
- 06/03/2022 8:50 AM  No answer at door. Defendant is unknown per neighbors.

## Message Area

Submit

- Date/TimeFromMessage

Attachments

- Judicial Affidavit
- Invoice #: 281591
  | Total Amount Due: $0.00
  Date Billed: 07/13/2022 | Total Payments: $146.35

- Affidavit - 492924 75955.pdf
-

# EXHIBIT L

# Morgen E Peck

43      New York, NY

**Background Checks | Tenant Screening**

**James Karamanis** ▼

PREMIUM MEMBER

## 📞 Phone Numbers

CELL (3)

✓ PRIMARY CELL ⓘ

(339) 987-1297

(617) 710-8486

(617) 957-5334

PREMIUM

## 📍 Addresses

PREMIUM

Morgen has **1 current address** and **2 other addresses**.

✓ CURRENT

76 Canal St Fl 5
New York, NY 10002

Map ∨

331 Randolph Ave
Milton, MA 02186

Map ∨

545 W 114th St
New York, NY 10027

Map ∨

## 👥 Relatives & Associates

PREMIUM

Morgen has **2 relatives**.

MORGEN'S RELATIVES (2)

Rachel Rogers Peck
Age 46

∨

David A Peck
Age 77

∨

## 🚓 Criminal & Traffic Records  2

There are **2 Criminal & Traffic Records** associated with Morgen, which may include:

✓ Arrests, warrants, and verdicts
✓ Mugshots when available
✓ Traffic violations, incl. DUIs and DWIs

Unlock Background Report

## 🏠 Properties

# EXHIBIT M

| From: | Judicial Attorney Services Inc. <office@processserver.pro> |
| --- | --- |
| Sent: | Wednesday, November 30, 2022 6:35 PM |
| To: | Bonnie |
| Subject: | Judicial Attorney Services has completed your request for service |

## NOTE: THIS IS AN AUTOMATED MESSAGE - SAVE FOR IMPORTANT STATUS LINKS

**Judicial Attorney Services, Inc. has completed service on the following case(s):**

**Judicial Job #:** 510073
**Client Ref #:**
**Case:** Brandon Smietana, et al. v. Bradford Stephens
**Case #:** 1:22-cv-00708

**Service Date:** 11/30/2022 at 12:25 PM
**Method of Service:** Corporate
**Party Being Served:** American Publishers, Inc., d/b/a Conde Nast, d/b/a The New Yorker Magazine c/o The Company Corporation, Reg. Agent
**Person Served:** Lynanne Gares, Litigation Management Services Leader
**Service Address:** 251 Little Falls Dr, Wilmington, DE 19808
**Description:** Female, White, 50, 5'6", 150, Brown, No Glasses

**Server Name:** Ramona Talvacchio
**Server License #:**

## Service Comments:

-----------------------------------------------------------------------------------------

The affidavit(s) are typically emailed and/or mailed out within 1 business day (if originals are required). You can log into your account at JudicialStatus.com to view and printout affidavit(s), obtain invoices and check prior payments.

Your account login information is below:

**User Name:** Barney
**Password:** 60601

If prepayment was not sent or a balance is due on this service you may pay by Visa, Mastercard, American Express or Discover. Please click here to be transferred to the secure payment page. We also accept electronic payment through Chase QuickPay or any Zelle supported bank to this email address.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
Phone: (630) 221-9007
office@ProcessServer.pro