UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRANDON SMIETANA and )
SKYCOIN GLOBAL FOUNDATION LIMITED, )
a Singapore company, and SYMBOLIC )
ANALYTICS INC. a Delaware Corporation )
)
              Plaintiffs, ) Case No. 1:22-cv-00708
)
   v. )
) Honorable Sara L. Ellis
BRADFORD STEPHENS, )
AARON KUNSTMAN, )
HARRISON GEVIRTZ, f/k/a "HaRRo", ) **JURY DEMANDED**
RYAN EAGLE, )
FAR AHEAD MARKETING, LLC., )
JOEL WAYNE CUTHRIELL f/k/a "JOEL", )
MORGEN PECK, CATHERINE BYERLY, )
STEVEN LEONARD, JOSHUA OGLE, )
AMERICAN PUBLISHERS, INC. d/b/a )
CONDÉ NAST, AMERICAN )
PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a )
THE NEW YORKER MAGAZINE, and )
UNKNOWN INDIVIDUALS AND COMPANIES )
)
             Defendants. )
)

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EXTEND BRIEFING SCHEDULE

NOW COME Plaintiffs, BRANDON SMIETANA ("Smietana"), SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore Company, and SYMBOLIC ANALYTICS, INC., a Delaware Corporation ("SA"), by and through their attorneys, The Law Office of Michael C. Goode, respectfully requesting that this Honorable Court extend the current briefing schedule. In support, Plaintiffs state as follows:

    1. Defendant Ryan Eagle filed his Motion to Dismiss on October 18, 2022 (Dkt. No. 51).

2. Defendant Catherine Byerly filed her Motion to Dismiss on October 18, 2022. (Dkt. No. 52).

3. Defendant Bradford Stephens filed his Motion to Dismiss on October 18, 2022 (Dkt. No. 53).

4. Defendant Far Ahead Marketing filed its Motion to Dismiss for Lack of Jurisdiction on October 18, 2022 (Dkt. No. 54.

5. The briefing schedule entered by this Court set out Plaintiffs' responses to the above mentioned four motions to dismiss to be filed by December 16, 2022, and the respective Defendants to reply by January 6, 2023.

6. Due to the number of responses to be filed, counsel for Plaintiffs requires additional time to Defendants' motions.

7. Plaintiffs' and Defendants' counsels reached an agreement providing Plaintiffs with a one-week extension of time to respond to the motions to dismiss (Dkt. Nos. 51, 52, 53, 54) until December 23, 2022.

8. Based upon the agreement of the parties, Plaintiffs respectfully request this Court enter an amended briefing schedule, reflecting the below dates, or any other dates as this Court deems fit:

    a. Plaintiffs are to respond to the above-mentioned Motions to Dismiss (Dkt. Nos. 51, 52, 53, 54) by December 23, 2022.

    b. Defendants Far Ahead Marketing, Bradford Stephens, Catherine Byerly, and Ryan Eagle will file their replies by January 13, 2023.

DATED: December 14, 2022

                                              Respectfully submitted,

                                              /s/ Michael Goode
                                              Attorney for Plaintiffs

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com