UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS,<br>AARON KUNSTMAN,<br>HARRISON GEVIRTZ, f/k/a "HaRRo",<br>RYAN EAGLE,<br>FAR AHEAD MARKETING, LLC.,<br>JOEL WAYNE CUTHRIELL f/k/a "JOEL",<br>MORGEN PECK, CATHERINE BYERLY,<br>STEVEN LEONARD, JOSHUA OGLE,<br>AMERICAN PUBLISHERS, INC. d/b/a<br>CONDÉ NAST, AMERICAN<br>PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a<br>THE NEW YORKER MAGAZINE, and<br>UNKNOWN INDIVIDUALS AND COMPANIES<br><br>Defendants. | Case No. 1:22-cv-00708<br><br>Honorable Sara L. Ellis<br><br>**JURY DEMANDED** |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on the 15th day of February, 2023, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Plaintiffs' Motion for Extension of Time to Respond to Defendant Byerly's Motion to Dismiss.

Respectfully submitted,

\_\_\_/s/ Michael C. Goode\_\_\_
Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
[Lawoffice_mcgoode@yahoo.com](mailto:Lawoffice_mcgoode@yahoo.com)


Service List:

Dean Dean Barakat
Cole Sadkin, LLC
1652 West Belmont Ave.
Suite 1
Chicago, IL 60657
(312) 548-8610
Email: dbarakat@colesadkin.com

**CERTIFICATE OF SERVICE**

I, Michael C. Goode, state that a true and correct copy of Plaintiffs' Motion for Extension of Time to Extend of Time to Respond to Defendant Byerly's Motion to Dismiss was electronically filed with the Clerk of the Court on February 10, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on February 10, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                                    /s/ Michael C. Goode