# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Skycoin Global Foundation Limited, et al.

                                        Plaintiff,

v.                                                             Case No.: 1:22–cv–00708

                                                                       Honorable Sara L. Ellis

Bradford Stephens, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for extension of time [69]. Plaintiffs' response to Defendant Byerly's motion to dismiss is due by 2/17/2023 and Defendant's reply is due by 3/3/2023. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.