# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:22-cv-00708

**Brandon Smietana, et al.**

Plaintiff

**vs.**

**Bradford Stephens**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **AMERICAN PUBLISHERS, INC., D/B/A CONDE NAST, D/B/A THE NEW YORKER MAGAZINE C/O THE COMPANY CORPORATION, REG. AGENT** |
| PERSON SERVED: | **LYNANNE GARES, LITIGATION MANAGEMENT SERVICES LEADER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **11/30/2022 at 12:25 PM** |
| ADDRESS, CITY AND STATE: | **251 LITTLE FALLS DR, WILMINGTON, DE 19808** |
| DESCRIPTION: | Race: **White**   Sex: **Female**   Age: **50**<br>Height: **5'6"**   Weight: **150**   Hair: **Brown**   Glasses: **No** |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 11/30/2022.

*Ramona Talvacchio*

Ramona Talvacchio

CLIENT: **Barney & Karamanis, LLP**
FILE #:

Job #: **510073**