UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Skycoin Global Foundation Limited, et al.
                            Plaintiff,

v.                                               Case No.: 1:22−cv−00708
                                               Honorable Sara L. Ellis

Bradford Stephens, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Notice of motions [76][78] are stricken. The Court notes that a motion has not been filed on the docket for consideration. Movant is required to file motion that he would like the Court to consider and notice it for presentment. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.