# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and <br> SKYCOIN GLOBAL FOUNDATION LIMITED, <br> a Singapore company, and SYMBOLIC <br> ANALYTICS INC. a Delaware Corporation <br> <br> Plaintiffs, <br> <br> v. <br> <br> BRADFORD STEPHENS, <br> AARON KUNSTMAN, <br> HARRISON GEVIRTZ, f/k/a "HaRRo", <br> RYAN EAGLE, <br> FAR AHEAD MARKETING, LLC., <br> JOEL WAYNE CUTHRIELL f/k/a "JOEL", <br> MORGEN PECK, CATHERINE BYERLY, <br> STEVEN LEONARD, JOSHUA OGLE, <br> AMERICAN PUBLISHERS, INC. d/b/a <br> CONDÉ NAST, AMERICAN <br> PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a <br> THE NEW YORKER MAGAZINE, and <br> UNKNOWN INDIVIDUALS AND COMPANIES <br> <br> Defendants. | Case No. 1:22-cv-00708 <br> <br> Honorable Sara L. Ellis <br> <br> **JURY DEMANDED** |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on the 12th day of May, 2023, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Plaintiffs' Motion for Alternative Service.

Respectfully submitted,

\_\_\_/s/ Michael C. Goode\_\_\_
Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com

**CERTIFICATE OF SERVICE**

I, Michael C. Goode, state that a true and correct copy of Plaintiffs' Motion for Alternative Service was electronically filed with the Clerk of the Court on May 2, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on May 2, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/ Michael C. Goode