UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:22-cv-00708 |
| v. | ) ) ) | Honorable Sara L. Ellis |
| BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, FAR AHEAD MARKETING, LLC., JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGEN PECK, CATHERINE BYERLY, STEVEN LEONARD, JOSHUA OGLE, AMERICAN PUBLISHERS, INC. d/b/a CONDÉ NAST, AMERICAN PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a THE NEW YORKER MAGAZINE, and UNKNOWN INDIVIDUALS AND COMPANIES | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: See attached Service List & American Publishers Inc., d/b/a Conde Nast, D/b/a The New Yorker Magazine c/o The Company Corporation, Reg. Agent, Lynanne Gares, Litigation Management Services Leader, 251 Little Falls Drive, Wilmington, DE. 19808

PLEASE TAKE NOTICE that on the 12th day of May, 2023, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion for Entry of Default and Default Judgment against Defendant, American Publishers, Inc.**

Respectfully submitted,

 /s/ Michael C. Goode 
Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com

# CERTIFICATE OF SERVICE

      I, Michael C. Goode, state that a true and correct copy of **Plaintiffs' Motion for Entry of Default and Default Judgment against Defendant, American Publishers, Inc.** was electronically filed with the Clerk of the Court on May 2, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

      I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on May 2, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

      I, Michael C. Goode, state that I caused a true and correct copy of the Notice of Motion and Plaintiffs' Motion for Entry of Default and Default Judgment against Defendant, American Publishers, Inc. was sent via overnight courier to American Publishers, Inc., d/b/a Conde Nast, d/b/a The New Yorker Magazine, c/o Lynanne Gares, Litigation Management Services Leader, 251 Little Falls Drive, Wilmington, DE 19808, with signature required.

      /s/ Michael C. Goode

# SERVICE LIST

Dean Dean Barakat, Esq.
Cole Sadkin, LLC
1652 West Belmont Ave.
Suite 1
Chicago, IL 60657
(312) 548-8610
dbarakat@colesadkin.com
**Represents: Defendant(s), Bradford Stephens, Catherine Byerly and Ryan Eagle**

Justin Alan Morello, Esq.
Morello Law, P.C.
3170 4th Avenue, Suite 250
San Diego, CA 92103
619-277-4677
justin@morellolawpc.com
**Represents: Defendant, Far Ahead Marketing**