Skycoin Global Foundation Limited, et al.

          Plaintiff,

v.                              Case No.: 1:22−cv−00708

                              Honorable Sara L. Ellis

Bradford Stephens, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: The Court strikes Plaintiffs' motions for entry of order granting alternative service [80] and for entry of default [82]. Plaintiffs must notice motions for presentment on the regularly scheduled motion call. Additionally, Plaintiffs have not filed proof of service on the docket regarding service on Defendant American Publishers, Inc. Moreover, Plaintiffs should ensure that all currently named Defendants appear in the caption of this matter. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.