UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br><br>Defendants. | Case No.: 1:22-cv-00708<br><br><br>Hon. Sara L. Ellis |

**DEFENDANT CATHERINE BYERLY'S MOTION TO WITHDRAW HER MOTION DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION AND JOIN BRADFORD STEPHENS' MOTION TO DISMISS**

Now Comes defendant Catherine Byerly, by and through her attorneys Cole Sadkin, LLC and in for her MOTION states as follows:

Catherine Byerly filed a 12(b)(2) Motion to Dismiss.

1. In the interim Plaintiff has filed Amended Complaints and been granted limited discovery on this motion.

2. After additional investigation, Defendant Catherine Byerly withdraws her 12(b)(2) Motion to Dismiss.

3. Counsel for Catherine Byerly conferred with Plaintiff's Counsel regarding the withdrawal of the Motion to Dismiss.

4. Defendant Catherine Byerly requests leave to adopt and join defendant Bradford Stephens' pending Motion to Dismiss.

5. Allowing Defendant Catherine Byerly to join and adopt Bradford Stephens' Motion to Dismiss will not delay this matter, nor prejudice Plaintiff.

Wherefore, defendant Catherine Byerly, by and through her attorneys, Cole Sadkin, LLC, requests this Honorable Court allow Catherine Byerly withdraw her Motion to Dismiss and Join and Adopt Bradford Stephens; Motion to Dismiss or any other relief this Court deems appropriate.

COLE SADKIN, LLC

By: /s/ Dean Barakat
    DEAN BARAKAT

Attorneys for Defendant Catherine Byerly

Dated: May 16, 2023

**COLE SADKIN LLC**
Mason S. Cole
Dean Barakat
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
mcole@colesadkin.com
dbarakat@colesadkin.com