# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br>Plaintiffs,<br>v.<br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br>Defendants. | Case No.: 1:22-cv-00708<br><br>Hon. Sara L. Ellis |

## DEFENDANT RYAN EAGLES'S MOTION FOR LEAVE TO FILE HIS REPLY BRIEF INSTANTER

Now Comes defendant RYAN EAGLE, by and through his attorneys Cole Sadkin, LLC and in support of HIS MOTION states as follows:

1. Defendant Ryan Eagle Has filed a Motion to Dismiss.

2. The Court has set a May 24th ruling date.

3. Defendant Ryan Eagle requests leave to file his reply brief instanter.

4. Allowing the Reply brief will not delay this matter, nor unduly prejudice Plaintiff.

5. Plaintiff has filed 3 Amended Complaints and not all parties have been served.

6. Counsel for Defendant has reached out to counsel per the Court's standing order.

7. Counsel for Defendant Far Ahead Marketing has no objection.

8. Counsel for Plaintiff has not indicated if they object.

9. Counsel for Ryan Eagle has not previously requested an extension for this briefing schedule.

10. The late brief is late due to counsel's inadvertence.

11. Should the court not allow the reply brief to be filed, Defendant Ryan Eagle will stand on his motion.

Wherefore, defendant Ryan Eagle, by and through his attorneys, Cole Sadkin, LLC, requests this Honorable Court allow defendant Ryan Eagle leave to file his reply brief instanter or any other relief this Court deems appropriate.

COLE SADKIN, LLC


By: /s/ Dean Barakat
    DEAN BARAKAT
Attorneys for Defendant Ryan Eagle



Dated: May 16, 2023




**COLE SADKIN LLC**
Mason S. Cole
Dean Barakat
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
mcole@colesadkin.com
dbarakat@colesadkin.com