# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br><br>Defendants. | Case No.: 1:22-cv-00708<br><br><br>Hon. Sara L. Ellis |

## NOTICE OF MOTION

TO:   Michael C. Goode & Co.                      Morello Law, P.C.
        Michael C. Goode                           Justin Alan Morello
        111 W. Washington St., Ste 1750       3170 4th Ave., Ste 250
        Chicago, IL 60602                           San Diego, CA 92103
        Lawoffice_mcgoode@yahoo.com        justin@morellolawpc.com

PLEASE TAKE NOTICE that on the 23rd day of May, 2023, at 9:45 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis presiding over courtroom 1403, or any other judge sitting in her stead, and then and there present the attached <u>Defendant Ryan Eagles's Motion for Leave to File His Reply Brief Instanter</u>.

                                                                        Respectfully submitted,

                                                                        */s/ Dean Barakat*
                                                                        Dean Barakat

**COLE SADKIN LLC**
Mason S. Cole
Dean Barakat
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
mcole@colesadkin.com
dbarakat@colesadkin.com

## CERTIFICATE OF SERVICE

I, Dean Barakat, state that a true and correct copy of Defendant Ryan Eagles's Motion for Leave to File His Reply Brief Instanter and this Notice of Motion was electronically filed with the Clerk of the Court on May 16, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

*/s/ Dean Barakat*