UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Skycoin Global Foundation Limited, et al.
                                        Plaintiff,

v.                                      Case No.: 1:22‒cv‒00708
                                        Honorable Sara L. Ellis

Bradford Stephens, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant Byerly's motion to withdraw her motion to dismiss and join Defendant Stephen's motion to dismiss [85]. The Court denies Defendants' motions for leave to file their reply instanter [87], [89]. The Court is preparing its ruling on Defendants' motions to withdraw; Defendants failed to attach their replies to their motions for leave to file instanter such that the Court could consider them; and Defendants failed to justify a three month delay in filing their replies. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.