## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Skycoin Global Foundation Limited, et al.

                                                               Plaintiff,

v.                                                                        Case No.: 1:22–cv–00708
                                                                             Honorable Sara L. Ellis

Bradford Stephens, et al.

                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Sara L. Ellis:Telephone motion hearing held on 5/31/2023. Plaintiff's status report re: status of service & motion for alternative service [62] is granted. The Court grants plaintiffs leave for alternative service as to as to Aaron Kunstman, Harrison Gevirtz, and Morgan Peck. As discussed on the record, the Court denies motion for default judgment against American Publishers Inc. without prejudice. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.