UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and ) <br> SKYCOIN GLOBAL FOUNDATION LIMITED, ) <br> a Singapore company, and SYMBOLIC ) <br> ANALYTICS INC.  a Delaware Corporation ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRADFORD STEPHENS, ) <br> AARON KUNSTMAN, ) <br> HARRISON GEVIRTZ, f/k/a "HaRRo", ) <br> RYAN EAGLE, ) <br> FAR AHEAD MARKETING, LLC., ) <br> JOEL WAYNE CUTHRIELL f/k/a "JOEL", ) <br> MORGEN PECK, CATHERINE BYERLY, ) <br> STEVEN LEONARD, JOSHUA OGLE, ) <br> AMERICAN PUBLISHERS, INC. d/b/a ) <br> CONDÉ NAST, AMERICAN ) <br> PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a ) <br> THE NEW YORKER MAGAZINE, and ) <br> UNKNOWN INDIVIDUALS AND COMPANIES ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-cv-00708 <br><br> Honorable Sara L. Ellis <br><br> **JURY DEMANDED** |

**NOTICE OF MOTION**

TO: See attached Service List

PLEASE TAKE NOTICE that on the 6th day of July, 2023, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Plaintiffs' Unopposed Motion for Extension of Time to File Amended Complaint.

Respectfully submitted,

\_\_\_/s/ Michael C. Goode\_\_\_
Michael C. Goode

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com


Service List:

Dean Dean Barakat
Cole Sadkin, LLC
1652 West Belmont Ave.
Suite 1
Chicago, IL 60657
(312) 548-8610
Email: dbarakat@colesadkin.com

Justin Morello
Morello Law, P.C.
3170 4th Avenue, Suite 250
San Diego, CA 92103
619-277-4677
Email: justin@morellolawpc.com

**CERTIFICATE OF SERVICE**

I, Michael C. Goode, state that a true and correct copy of Plaintiffs' Unopposed Motion for Extension of Time to File Amended Complaint was electronically filed with the Clerk of the Court on June 30, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, Michael C. Goode, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on June 30, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/ Michael C. Goode