# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and ) <br> SKYCOIN GLOBAL FOUNDATION LIMITED, ) <br> a Singapore company, and SYMBOLIC ) <br> ANALYTICS INC. a Delaware Corporation ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRADFORD STEPHENS, ) <br> AARON KUNSTMAN, ) <br> HARRISON GEVIRTZ, f/k/a "HaRRo", ) <br> RYAN EAGLE, ) <br> FAR AHEAD MARKETING, LLC., ) <br> JOEL WAYNE CUTHRIELL f/k/a "JOEL", ) <br> MORGEN PECK, CATHERINE BYERLY, ) <br> STEVEN LEONARD, JOSHUA OGLE, ) <br> AMERICAN PUBLISHERS, INC. d/b/a ) <br> CONDÉ NAST, AMERICAN ) <br> PUBLISHERS, INC. d/b/a CONDÉ NAST d/b/a ) <br> THE NEW YORKER MAGAZINE, and ) <br> UNKNOWN INDIVIDUALS AND COMPANIES ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-cv-00708 <br><br> Honorable Sara L. Ellis <br><br> **JURY DEMANDED** |

## NOTICE OF MOTION

TO:   All Counsel of Record
       (See attached Service List)

     PLEASE TAKE NOTICE that on the 30th day of December, 2023, at 1:45 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Plaintiffs' Motion for Extension.

                                                       Respectfully submitted,

                                                       ___/s/ James A. Karamanis
                                                         James A. Karamanis

James A. Karamanis, Esq.
Barney & Karamanis, LLP.
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, IL. 60601
Phone : (312) 553-5300
james@bkchicagolaw.com

Michael C. Goode, Esq.
Michael C. Goode & Company
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 541- 1331
Lawoffice_mcgoode@yahoo.com

Dean Barakat, Esq.
Cole Sadkin, LLC.
1652 W. Belmont Avenue, Suite 1
Chicago, IL.  60657
(312) 548-8610
Email: dbarakat@colesadkin.com
**Represents: Defendants, Bradford Stephens and Ryan Eagle**

**Justin Alan Morello**
Morello Law, P.C.
3170 4th Avenue, Suite 250
Suite 250
Suite 250
San Diego, CA 92103
619-277-4677
Email: justin@morellolawpc.com
**Represents:  Defendant:  Far Ahead Marketing**

**CERTIFICATE OF SERVICE**

I, James A. Karamanis, state that a true and correct copy of Plaintiffs' Motion for Extension was electronically filed with the Clerk of the Court on November 20, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

I, James A. Karamanis, state that a true and correct copy of the Notice of Motion was electronically filed with the Clerk of the Court on November 28, 2023, using the CM/ECF system which will send notification of such filings to all attorneys of record. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/ James A. Karamanis