**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation<br>            Plaintiffs,<br>   v.<br>BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES<br>            Defendants. | Case No.:    1:22-cv-00708<br><br>Hon. Sara L. Ellis |

**DEFENDANTS BRADFORD STEPHENS', RYAN EAGLE & CATHERINE BYERLY'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE THEIR REPLY BRIEFS**

Now Comes defendants BRADFORD STEPHENS, RYAN EAGLE & CATHERINE BYERLY by and through Their attorneys Cole Sadkin, LLC and in support thereof state as follows:

1. Defendants have filed Motions to Dismiss.

2. Plaintiffs requested an extension to file their Response Brief.

3. Plaintiff was granted until December 11, 2023 to file their Response Briefs and have filed same.

4. The Court ordered Defendants to file their Reply Briefs by January 5, 2024.

5. Defense counsel has been out with a virus and could not complete Reply Briefs by January 5, 2024 as ordered.

6. Defense Counsel Requests a seven-day extension to file their Reply Briefs.

7. Allowing the extension for the Reply briefs will not delay this matter, nor unduly prejudice Plaintiff.

8. Counsel for Defendant has reached out to counsel per the Court's standing order.

9. Counsel for Plaintiff has no objection to the request for an extension.

10. Defense Counsel has not previously requested an extension for this briefing schedule.

Wherefore, defendants Bradford Stephens, Ryan Eagle and Catherine Byerly by and through their attorneys, Cole Sadkin, LLC, requests this Honorable Court allow a seven day extension to file their reply briefs or any other relief this Court deems appropriate.

COLE SADKIN, LLC


By: /s/ Dean Barakat
    DEAN BARAKAT
Attorneys for Defendant Bradford Stephens,
Ryan Eagle and Catherine Byerly


Dated: January 5, 2024


**COLE SADKIN, LLC**
Dean Barakat (ARDC No. 6255594)
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
dbarakat@colesadkin.com