# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA and SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC. a Delaware Corporation | Case No.: 1:22-cv-00708 |
| Plaintiffs, | |
| v. | Hon. Sara L. Ellis |
| BRADFORD STEPHENS, AARON KUNSTMAN, HARRISON GEVIRTZ, f/k/a "HaRRo", RYAN EAGLE, ANDREW YOUNG, FAR AHEAD MARKETING, JOEL WAYNE CUTHRIELL f/k/a "JOEL", MORGAN PECK, TRISTAN GREENE, BRYAN CLARK, CATHERINE BYERLY, STEVEN LEONARD, JOSH OGLE, and UNKNOWN INDIVIDUALS AND COMPANIES | |
| Defendants. | |

## NOTICE OF MOTION

TO: Michael C. Goode
Michael C. Goode & Co.
111 W. Washington St., Ste 1750
Chicago, IL 60602
Lawoffice_mcgoode@yahoo.com

James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, IL 60601
james@bkchicagolaw.com

Justin Alan Morello
Morello Law, P.C.
3170 4th Ave., Ste 250
San Diego, CA 92103
justin@morellolawpc.com

PLEASE TAKE NOTICE that on the 10th day of January, 2024, at 9:45 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sarah L. Ellis presiding over courtroom 1403, or any other judge sitting in her stead, and then and there present the attached Defendant Bradford Stephens', Ryan Eagle & Catherine Byerly's Unopposed Motion for an Extension to File Their Reply Briefs.

Respectfully submitted,

*/s/ Dean Barakat*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2024, he electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

*/s/ Anthony F. Scarpiniti*

**COLE SADKIN, LLC**
Dean Barakat (ARDC No. 6255594)
1652 W Belmont, Ste 1
Chicago, IL 60657
P: (312) 380-7132
dbarakat@colesadkin.com
*Attorney for Defendants Bradford Stephens, Ryan Eagle and Catherine Byerly*