# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Skycoin Global Foundation Limited et al,

Plaintiff(s),

v.

Stephens et al,

Defendant(s).

Case No. 22-cv-708
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court dismisses Plaintiffs' RICO and DTSA claims. The Court relinquishes supplemental jurisdiction over Plaintiffs' state law claims, dismisses them without prejudice, and terminates this case.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on motions to dismiss.

Date: 3/5/2024

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk